☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | ICHARTS, INC. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 9 0 – 0 3 4 6 8 6 1 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 140 S. Whisman Road, Unit A | PO Box 3993 |
| Number   Street | Number   Street |
| | P.O. Box |
| | Los Altos      CA      94024 |
| City      State   ZIP Code | City      State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Mountain View      CA      94041 | |
| County | Number   Street |
| | City      State   ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | www.icharts.net |

| | |
|---|---|
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Case: 18-50958   Doc# 1   Filed: 04/30/18   Entered: 04/30/18 12:20:19   Page 1 of 103

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   5   4   1   5

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                   MM / DD / YYYY

         District _____ When _____ Case number _____
                                     MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

         District _____ When _____
                                    MM / DD / YYYY

         Case number, if known _____

---

Case: 18-50958   Doc# 1   Filed: 04/30/18   Entered: 04/30/18 12:20:19   Page 2 of 103

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                                 Number        Street

                                                 City                                State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

               Contact name   _____

               Phone          _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Case: 18-50958   Doc# 1   Filed: 04/30/18   Entered: 04/30/18 12:20:19   Page 3 of 103

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/27/2018
              MM / DD /YYYY

✗ _____
Signature of authorized representative of debtor

SEYMOUR DUNCKER
Printed name

Title  CEO

**18. Signature of attorney**

✗ _____
Signature of attorney for debtor

Date   04/27/2018
       MM / DD / YYYY

James S.K. Shulman
Printed name

Shulman Law Offices
Firm name

1501 The Alameda, Suite 200
Number        Street

San Jose
City

CA
State

95126
ZIP Code

(408) 297-3333
Contact phone

ike@ikeshulmanlaw.com
Email address

118938
Bar number

California
State

Case: 18-50958   Doc# 1   Filed: 04/30/18   Entered: 04/30/18 12:20:19   Page 4 of 103

## SPECIAL MEETING OF BOARD OF DIRECTORS

A special meeting of the Board of Directors of ICHARTS, Inc., was held on April 23, 2018 at 140 South Whisman Road, Mountain View, CA 94041. All current directors were present.

After discussion, upon motion duly made, seconded and carried, the following resolutions were adopted.

WHEREAS, the financial condition of the Corporation has been reviewed in detail at this meeting, and

WHEREAS, the Board of Directors deem it to be in the best interests of this Corporation to file a Petition under Chapter 7 of the Bankruptcy Code,

NOW, THEREFORE, BE IT RESOLVED that any officer of this Corporation be, and hereby is, authorized and directed to execute whatever documents that may be necessary to file said Petition, and

BE IT FURTHER RESOLVED that any officer of this Corporation be, and hereby is, authorized and directed to retain the law firm of Shulman Law Offices as attorney of record for this Corporation for the purpose of preparing and filing such Petition and any and all other documents as may be necessary and proper in order to comply with such Chapter of the Bankruptcy Code.

There being no further business to come before this meeting, the meeting was adjourned.

I hereby certify that the above Resolutions were duly adopted at a meeting of the Board of Directors of the Corporation held on April 23, 2018 and that said Resolutions remain in full force and effect.

DATED:

04/27/2018

_____
Seymour Duncker, CEO

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule _____*

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _____04/27/2018_____        **✗** _____
                    MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                                SEYMOUR DUNCKER
                                                Printed name

                                                CEO
                                                Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name __ICHARTS, INC.__

United States Bankruptcy Court for the: _____Northern_____ District of __California__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................

   $ _____0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................

   $ _____65000

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.....................................................................

   $ _____65000

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..........................

   $ _____739022

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...............................

   $ _____0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...............

   **+** $ _____1446993

4. **Total liabilities**.....................................................................................................
   Lines 2 + 3a + 3b

   $ _____2186015

---

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 7 of 103

**Fill in this information to identify the case:**

Debtor name ___ICHARTS, INC.___

United States Bankruptcy Court for the: ___Northern___    District of ___California___
                                                             (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

**2. Cash on hand**    $_____0

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Square One Bank | checking | 9   0   5   3 | $_____0 |
| 3.2. | | | | $_____ |

**4. Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $_____0 |
| --- | --- | --- |
| 4.2. | _____ | $_____0 |

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____0

| Part 2: | Deposits and prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | Security deposit with Square 1 Bank against credit card debt | $_____15000 |
| --- | --- | --- |
| 7.2. | _____ | $_____ |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____      $_____

8.2._____      $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.             | $       15000 |

---

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

                                           **Current value of debtor's interest**

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | 32,200 | – | 32,000 | = ......→ | $ | 0 |
| 11b. Over 90 days old: | 17,600 | – | 17,600 | = ......→ | $ | 0 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.       | $       0 |

---

### Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

                                  **Valuation method used for current value**      **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                         % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____                            $_____

16.2._____                            $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.       | $       0 |

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 9 of 103

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | __ / __ / ____  MM / DD / YYYY | $_____ | _____ | $_____ 0 |
| **20. Work in progress** | | | | |
| _____ | __ / __ / ____  MM / DD / YYYY | $_____ | _____ | $_____ 0 |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | __ / __ / ____  MM / DD / YYYY | $_____ | _____ | $_____ 0 |
| **22. Other inventory or supplies** | | | | |
| _____ | __ / __ / ____  MM / DD / YYYY | $_____ | _____ | $_____ 0 |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                                   $_____ 0

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 10 of 103

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

| | |
|---|---|
| $_____ 0 | |

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|     10 laptop computers | $ not available | liquidation | $_____ 0 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $_____ | _____ | $_____ |
| 42.2 | $_____ | _____ | $_____ |
| 42.3 | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| $_____ 0 | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 11 of 103

Debtor    <u>ICHARTS, INC.</u>                              Case number (*if known*)_____
             Name

### Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☑ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| General description | Net book value of | Valuation method used | Current value of |
| --- | --- | --- | --- |
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | debtor's interest |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
| --- | --- | --- | --- |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
| --- | --- | --- | --- |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
| --- | --- | --- | --- |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
| --- | --- | --- | --- |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 12 of 103

Debtor    ICHARTS, INC.        Case number *(if known)* _____
       Name

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 3938 sq ft office space at 516 Gibson Dr, Roseville, CA | leasehold | $ not available | liquidation | $ 0 |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

       $        0

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

---

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>8 patents & computer code | $ _____ | _____ | $ 0 |
| 61. **Internet domain names and websites**<br>www.icharts.net | $ _____ | _____ | $ 0 |
| 62. **Licenses, franchises, and royalties** | $ _____ | _____ | $ 0 |
| 63. **Customer lists, mailing lists, or other compilations** | $ _____ | _____ | $ 0 |
| 64. **Other intangibles, or intellectual property** | $ _____ | _____ | $ 0 |
| 65. **Goodwill**<br>Value includes assets listed on lines 60 through 65 combined | $ not available | liquidation | $ 50000 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

       $        50000

---

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 13 of 103

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|--|--|--|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = → $_____
                                   Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                        $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                        $_____

Nature of claim       _____

Amount requested      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                        $_____

Nature of claim       _____

Amount requested      $_____

76. **Trusts, equitable or future interests in property**

_____                        $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                        $_____
_____                        $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                     $_____0____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Case: 18-50958     Doc# 1     Filed: 04/30/18     Entered: 04/30/18 12:20:19     Page 14 of 103

Debtor _____ICHARTS, INC._____     Case number (if known)_____
            Name

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 15000 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................→ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 50000 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column..........................91a. | $ 65000 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................     $ 65000

Case: 18-50958     Doc# 1     Filed: 04/30/18     Entered: 04/30/18 12:20:19     Page 15 of 103

**Fill in this information to identify the case:**

Debtor name   ICHARTS, INC.

United States Bankruptcy Court for the:   Northern   District of   California
                                                                  (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

Creditor's name
CMF-Consulting Management & Finance AG

Describe debtor's property that is subject to a lien
all unencumbered assets of debtor            $  115,200      $  8,649

Creditor's mailing address
Plenzenauerstr. 14
81679 Munich
Germany

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred   _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

Creditor's name
DirectCapital Corporation

Describe debtor's property that is subject to a lien
leased computers            $  4,022      $  0

Creditor's mailing address
156 Commerce Way
Portsmouth  NH  03801

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred   _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.            $  739,022

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 16 of 103

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.3 | **Creditor's name** | | | |
|---|---|---|---|---|

Felix Regehr Vermoegensverwaltung GmbH

**Describe debtor's property that is subject to a lien**

all unencumbered assets of debtor

$ 230,400        $ 17,297

**Creditor's mailing address**

Kastienallee 8

82031 Gruenwald

Germany

**Describe the lien**

_____

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____ ✓

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.4 | **Creditor's name** | | | |
|---|---|---|---|---|

Shea Center Roseville I, LLC

**Describe debtor's property that is subject to a lien**

3938 sq.ft. office leasehold in Roseville, CA

$ 54,000        $ 0

**Creditor's mailing address**
c/o The ByrneLaw Office, APC

24011 Ventura Blvd. Ste. 201

Calabasas  CA  91302

**Describe the lien**

_____

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** 9 1 2 7

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 17 of 103

| Debtor | ICHARTS, INC. | Case number (if known) |
|---|---|---|
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** Creditor's name

Square 1 Bank

Describe debtor's property that is subject to a lien

security deposit for credit card

$ 15,000   $ 15,000

Creditor's mailing address

406 Blackwell Street, Suite 240
Durham NC 27701

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred
Last 4 digits of account number  ___ ___ ___ ___

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____  ✓

**2.6** Creditor's name

Valerie Duncker

Describe debtor's property that is subject to a lien

all unencumbered assets of debtor

$ 90,000   $ 6,757

Creditor's mailing address
1226 Gronwall Court
Los Altos CA 94024

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred
Last 4 digits of account number  ___ ___ ___ ___

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 18 of 103

| Debtor | ICHARTS, INC. | Case number *(if known)* | |
|--------|---------------|--------------------------|---|
| | Name | | |

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7 Creditor's name**

Wetterstein Capital GmbH

**Creditor's mailing address**

Fuchstanzstr. 13
82031 Konigstein im Taunus
Germany

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

all unencumbered assets of debtor

$ 230,400    $ 17,297

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ ___    $ ___

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 4

Fill in this information to identify the case:

Debtor    ICHARTS, INC.

United States Bankruptcy Court for the:    Northern    District of    California
                                                     (State)

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

                                                               Total claim            Priority amount

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____
*Check all that apply.*
                                        $_____
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____
*Check all that apply.*
                                        $_____
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____
*Check all that apply.*
                                        $_____
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| Debtor | ICHARTS, INC. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | | Amount of claim |
|---|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

A Medium Corporation

760 Market Street, 9th Floor

San Francisco  CA  94102

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

$ 1,520

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

Abacus Direct

Abacus House Jubilee Mills

Copgrove  HG3 3TB

United Kngdom

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

$ 1,590

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

Accuserv

3865 Produce Road, Suite 208

Louisville  KY 40218

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

$ 3,318

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

Act-On Software, Inc.

Dept. LA 24026

Pasadena  CA  91185

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

$ 3,000

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

Actavo

Wesland House Willow Road

Dublin  12

Ireland

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

$ 5,896

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

Actegy Health

Reflex, Cain Road

Bracknell RG12 1HL

United Kingdom

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

$ 7,259

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 21 of 103

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.7** | Nonpriority creditor's name and mailing address

Akustica, Inc.

2555 Smallman Street, Suite 200

Pittsburgh  PA  15222

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ Liquidated and neither contingent nor disputed

$ _____ 0

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address

All-Safe Pool Fences & Covers

648 N. Eckhoff Street

Orange  CA  92868

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ 1,550

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address

Amazon Web Services Inc.

PO Box 84023

Seattle  WA  98124

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ 8,853

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address

Amplify Snack Brands

500 W. 5th Street, Suite 1350

Austin  TX  78701

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ 0

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

Arborwell

2337 American Avenue

Hayward  CA  94545

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ 6,913

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 22 of 103

| Debtor | ICHARTS, INC. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.12 Nonpriority creditor's name and mailing address

Arch Painting, Inc.

One Presidential Way, Suite 109

Woburn  MA  01801

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific

$ _____ 0

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.13 Nonpriority creditor's name and mailing address

Augentius

Two London Bridge

London  SE1 9RA

United Kingdom

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

$ _____ 0

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.14 Nonpriority creditor's name and mailing address

Axioma

17 State Street, Suite 2700

New York  NY  10004

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

$ _____ 12,559

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.15 Nonpriority creditor's name and mailing address

Bailey International, LLC

2527 Westcott Blvd.

Knoxville  TN  37931

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

$ _____ 2,472

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

### 3.16 Nonpriority creditor's name and mailing address

Baker Hill

12900 North Meridian, Suite 200

Carmel  IN  46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

$ _____ 0

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 23 of 103

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17 Nonpriority creditor's name and mailing address**

Bay Alarm Company

PO Box 7137

San Francisco  CA  94120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

**Basis for the claim:** Nonspecific

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$    573

---

**3.18 Nonpriority creditor's name and mailing address**

Beechwood Homes (NSW)

Unit 2, 25-27 Redfern Street

Wetherill Park NSW 2164

Australia

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Nonspecific

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$    3,283

---

**3.19 Nonpriority creditor's name and mailing address**

Best Choice Products

2010 Main St,, Suite 650

Irvine  CA  92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Nonspecific

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$    25,511

---

**3.20 Nonpriority creditor's name and mailing address**

Bluetent

218 East Valley Road

Carbondale  CO  81623

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Nonspecific

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,593

---

**3.21 Nonpriority creditor's name and mailing address**

Brainpop.Com

71 West 23rd St., 17th Fl.

New York  NY  10010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Nonspecific

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$    10,225

---

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 24 of 103

| Debtor | ICHARTS, INC. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22** Nonpriority creditor's name and mailing address

Brightpoint Health

71 West 23rd St., 8th Floor

New York  NY  10010

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 8,776

---

**3.23** Nonpriority creditor's name and mailing address

Cableorganizer

6250 NW 27th Way

Ft. Lauderdale  FL  33309

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 8,581

---

**3.24** Nonpriority creditor's name and mailing address

Cambridge Sound Management Inc.

404 Wyman Street

Waltham  MA  02451

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 1,708

---

**3.25** Nonpriority creditor's name and mailing address

Candy.com

70 Finnell Drive #14

Weymouth  MA  02188

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 7,369

---

**3.26** Nonpriority creditor's name and mailing address

Car-Part.com

1980 Highland Pike

Ft. Wright  KY  41017

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 3,580

---

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 25 of 103

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.27** Nonpriority creditor's name and mailing address

Carval Investors, LLC

9320 Excelsior Blvd. 7th Floor

Hopkins  MN  55343

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$  2,004

---

**3.28** Nonpriority creditor's name and mailing address

Casa McGregor

km 4, Carr Sur Via Panamericana

Managua

Nicaragua

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$  7,259

---

**3.29** Nonpriority creditor's name and mailing address

CatEye America

2825 Wilderness Place, Suite 1200

Boulder  CO  80301

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$  3,669

---

**3.30** Nonpriority creditor's name and mailing address

CDG Co., Ltd.

Takarazuka Bldg. 13th Fl.

Yurakucho Chiyoda-ku 100-0006

Japan

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$  5,333

---

**3.31** Nonpriority creditor's name and mailing address

Ceridian

3311 E. Old Shakopee Road

Minneapolis  MN  55425

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$  12,555

---

Case: 18-50958    Doc # 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 26 of 103

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.32** Nonpriority creditor's name and mailing address

Cisco WebEx, LLC

16720 Collections Center Drive

Chicago  IL  60693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

Basis for the claim:  Nonspecific

$ 591

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.33** Nonpriority creditor's name and mailing address

City of Mountain View FAAP

PO Box 742282

Los Angeles  CA  90074

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

$ 100

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.34** Nonpriority creditor's name and mailing address

Clayton Porscha

c/o Sweeney, Mason, Wilson & Bosomworth

938 University Avenue, Suite 104 C

Los Gatos  CA  95032

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

$ 9,732

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.35** Nonpriority creditor's name and mailing address

CoastTec Powered by CBM

9635 Loberty Road

Randallstown  MD  21133

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

$ 928

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.36** Nonpriority creditor's name and mailing address

Concept Amenities

81-85 Malcolm Road

Braeside VIC 3195

Australia

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

$ 1,066

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 27 of 103

| Debtor | ICHARTS, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address

Consolidated Communications

PO Box 619969

Roseville  CA  95661

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
☑ No
☐ Yes

$ 18,175

---

**3.38** Nonpriority creditor's name and mailing address

Corptax

2100 East Lake Cook Road, Suite 800

Buffalo Grove  IL  60089

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
☑ No
☐ Yes

$ 365

---

**3.39** Nonpriority creditor's name and mailing address

Corr Jensen

100 Crosby Street, Suite 604

New York  NY  10012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,049

---

**3.40** Nonpriority creditor's name and mailing address

Coyne PR

5 Wood Hollow Road

Parsippany  NJ  07054

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
☑ No
☐ Yes

$ 16,433

---

**3.41** Nonpriority creditor's name and mailing address

Daniel Steuer

161 Hopper Lane

Folsom  CA  95630

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 28 of 103

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.42** Nonpriority creditor's name and mailing address
Datanyze, Inc.

4 West 4th Avenue, Suite 501
San Mateo  CA  94402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

Basis for the claim:  Nonspecific

$ _____ 3,800

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

Derive Systems
4150 Church Street, Suite 1024
Sanford  FL  32771

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

$ _____ 4,903

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

Digital Networks Australia
Unit 13, 8 Campbell Street
Artarmon  2064
Australia

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

$ _____ 6,793

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

Discover with Dr. Cool
993 Siskiyou Blvd. Suite 1
Ashland  OR  97520

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

$ _____ 4,506

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

DocDoc.com
64 Boat Quay
Singapore 49852
Singapore

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

$ _____ 2,551

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.47** Nonpriority creditor's name and mailing address

Dreamer Media

1810 Berkeley Street, Suite E

Santa Monica  CA  90404

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ _____ 7,487

---

**3.48** Nonpriority creditor's name and mailing address

Dunstans Construction Group Pty Ltd

12 Newman Street

Wangaratta 3677

Australia

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ _____ 3,394

---

**3.49** Nonpriority creditor's name and mailing address

Earp Bros. Tiles

26 Darling Street

Carrington 2294

Australia

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ _____ 9,947

---

**3.50** Nonpriority creditor's name and mailing address

Ednetics

971 S. Clearwater Loop

Post Falls  ID  83815

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ _____ 9,758

---

**3.51** Nonpriority creditor's name and mailing address

Enjoy Life Foods

8770 W. Bryn Mawr Ave., Ste. 1100

Chicago  IL  60631

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ _____ 20,356

---

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 30 of 103

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|------|------|------|

**3.52** Nonpriority creditor's name and mailing address
Epsilon Economics LLC
111 S. Wacker Drive #5001
Chicago IL 60606

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific

$ 2,945

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address
Euroquip
109 Bolt Road
Newlson 7011
New Zealand

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

$ 0

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address
Evan Kenji Sasaki
2367 Wyandotte Street
Mountain View CA 94043

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

$ 2,044

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address
Evisions
440 Exchange St., Ste 200
Irvine CA 92602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

$ 9,775

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address
Extron Australia
10 Hampton Road
Keswick SA 5035
Australia

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

$ 2,195

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 31 of 103

| Debtor | ICHARTS, INC. | Case number _(if known)_ _____ |
|--------|---------------|-------------------------------------------|
|        | Name          |                                           |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                     **Amount of claim**

---

**3.57**   Nonpriority creditor's name and mailing address

Fairlife
999 W. Randall
Coopersville MI 49404

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$          0

---

**3.58**   Nonpriority creditor's name and mailing address

Federal Equipment Company
8200 Bessemer Avenue
Cleveland OH 44127

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$          1,679

---

**3.59**   Nonpriority creditor's name and mailing address

FedEx
PO Box 7221
Pasadena CA 91109

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$          42

---

**3.60**   Nonpriority creditor's name and mailing address

FXR Factory Racing Inc.
35 Haliburton Bay
Winnipeg MB R3K 1E1
Canada

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$          1,097

---

**3.61**   Nonpriority creditor's name and mailing address

Galaxy Gaming
6767 Spencer Street
Las Vegas NV 89119

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$          7,585

---

| Debtor | ICHARTS, INC. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.62** Nonpriority creditor's name and mailing address

Gemseal Products

3700 Arco Corporate Drive, Suite 425

Charlotte NC 28273

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☑ Liquidated and neither contingent nor disputed

$                5,806

Basis for the claim: Nonspecific

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

Generator Systems

2246 Port Centre

Medina OH 44256

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$                2,043

Basis for the claim: Nonspecific

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Gerard Ketuma

210 Frances Lane

Carbondale IL 62901

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$                7,050

Basis for the claim: Nonspecific

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

Gibney, Anthony and Flaherty, LLP

665 Fifth Avenue

New York NY 10022

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$                860

Basis for the claim: Nonspecific

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

GMA Garnet Group

1800 Hughes Landing Blvd., #350

The Woodlands TX 77380

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$                5,785

Basis for the claim: Nonspecific

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 33 of 103

| Debtor | ICHARTS, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67** Nonpriority creditor's name and mailing address

Google Inc.

Dept. 33654

PO Box 39000

San Francisco  CA  94139

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 2,688

---

**3.68** Nonpriority creditor's name and mailing address

Greenberg, Inc.

1250 53rd Street

Emeryville  CA  94608

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 8,526

---

**3.69** Nonpriority creditor's name and mailing address

Greenhouse Software

110 5th Avenue, 3rd Floor

New York  NY  10011

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 2,207

---

**3.70** Nonpriority creditor's name and mailing address

Gurus Solutions USA, Inc.

PO Box 55008

Boston  MA  02205

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 6,126

---

**3.71** Nonpriority creditor's name and mailing address

Hagerman & Company

505 Sunset Court

PO Box 139

Mt. Zion  IL  62549

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 11,381

---

Case: 18-50958     Doc# 1     Filed: 04/30/18     Entered: 04/30/18 12:20:19     Page 34 of 103

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.72  Nonpriority creditor's name and mailing address**

Huish Outdoors

1540 2200 West

Salt Lake City  UT  84116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

Basis for the claim:  Nonspecific

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ 376

**3.73  Nonpriority creditor's name and mailing address**

iCanvas.com

8280 Austin Avenue

Morton Grove  IL  60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ 231

**3.74  Nonpriority creditor's name and mailing address**

In-O-Vate Dryer Products

810 Saturn Street Suite 20

Jupiter  FL  33477

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ 1,824

**3.75  Nonpriority creditor's name and mailing address**

Infinisource

15 East Washington Street

Coldwater  Michigan 49036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ 48,694

**3.76  Nonpriority creditor's name and mailing address**

InfoWars

PO Box 19549

Austin  TX  78760

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ 8,757

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 35 of 103

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.77** Nonpriority creditor's name and mailing address

Innovative Interfaces Inc.

5850 Shellmound Way

Emeryville  CA  94608

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 52,967

---

**3.78** Nonpriority creditor's name and mailing address

Interstate Group LLC

3800 Airport Road

Nampa  ID  83687

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,974

---

**3.79** Nonpriority creditor's name and mailing address

Intuit, Inc.

2700 Marine Way

Mountain View  CA  94043

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.80** Nonpriority creditor's name and mailing address

ITS Technologies & Logistics

8205 S. Cass Avenue, Suite 115

Darien  IL  60561

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.81** Nonpriority creditor's name and mailing address

J.S. Held, LLC

50 Jerico Quadrangle, Suite 117

Jericho  NY  11753

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 13,369

---

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 36 of 103

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.82** **Nonpriority creditor's name and mailing address**

Jackie Antig

2345 Bush Street #3

San Francisco  CA  94115

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 1,824

---

**3.83** **Nonpriority creditor's name and mailing address**

Jacobi Carbons AG

Rheinweg 5

8200 Schaffhausen

Switzerland

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 143

---

**3.84** **Nonpriority creditor's name and mailing address**

Jerrehian Capital

23709 Ravensbury Avenue

Los Altos Hills  CA  94024

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 30,000

---

**3.85** **Nonpriority creditor's name and mailing address**

JV Lewis Enterprises, Inc.

PO Box 612587

San Jose  CA  95161

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 28,532

---

**3.86** **Nonpriority creditor's name and mailing address**

Kateeva

7015 Gateway Boulevard

Newark  CA  94560

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 11,618

---

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 37 of 103

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.87** | Nonpriority creditor's name and mailing address

Lefroy Books

1828 Troutman Street

Ridgewood NY 11385

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 5,815

---

**3.88** | Nonpriority creditor's name and mailing address

Liners Direct

401 S. Gary Avenue, Suite A

Roselle IL 60172

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 355

---

**3.89** | Nonpriority creditor's name and mailing address

Linkedin Corp.

62228 Collections Center Drive

Chicago IL 60693

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 21,262

---

**3.90** | Nonpriority creditor's name and mailing address

MatTEK

11 Pullman PL

Emu Plains 2750

Australia

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 4,685

---

**3.91** | Nonpriority creditor's name and mailing address

McKissock

218 Liberty Street

Warren PA 16365

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 0

---

Case: 15-50958    Doc# 1    Filed: 05/19/15    Entered: 05/19/15 12:20:19    Page 38 of 103

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  | Amount of claim |
|---|---|

**3.92** Nonpriority creditor's name and mailing address

Media One

11752 Markon Drive

Garden Grove  CA  92841

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$    387

**3.93** Nonpriority creditor's name and mailing address

Megha Manohar

12022 Titus Avenue

Saratoga  CA  95070

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$    3,840

**3.94** Nonpriority creditor's name and mailing address

Miansai

1800 N. Miami Avenue

Miami  FL  33136

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$    3,892

**3.95** Nonpriority creditor's name and mailing address

Mind Gym (USA) Inc.

160 Kensington High Street

London W8 7RG

United Kingdom

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$    6,600

**3.96** Nonpriority creditor's name and mailing address

MyStartupCFO

8765 Stockard Drive, Unit 101

Frisco  TX  75034

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$    0

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 39 of 103

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                          0 |
|---|---|---|---|

Natural Resource Governance

80 Broad Street, Suite 1801

New York  NY  10004

☐ Contingent
☐ Unliquidated
☑ Disputed
☑ Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred                 _____

Last 4 digits of account number              __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                      3,629 |
|---|---|---|---|

NeoNova Network Services

1201 Edwards Mill Road #102

Raleigh  NC  27607

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred                 _____

Last 4 digits of account number              __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                      1,340 |
|---|---|---|---|

Netskope

270 3rd Street

Los Altos  CA  94022

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred                 _____

Last 4 digits of account number              __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                          0 |
|---|---|---|---|

NeuroNexus Technologies

655 Fairfield Court, Suite 100

Ann Arbor  MI  48108

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred                 _____

Last 4 digits of account number              __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $                      1,522 |
|---|---|---|---|

Nido Group

100 Road 866

Toa Baja

Puerto Rico  00949

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred                 _____

Last 4 digits of account number              __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 40 of 103

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                 Amount of claim

**3.10 Nonpriority creditor's name and mailing address**
Norbar
36400 Biltmore Place
Willoughby OH 44094

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 755

**3.10 Nonpriority creditor's name and mailing address**
Norscot Group
1000 West Donges Bay Road
Mequon WI 53092

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,107

**3.104 Nonpriority creditor's name and mailing address**
Novagard Solutions
5109 Hamilton Avenue
Cleveland OH 44114

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

**3.10 Nonpriority creditor's name and mailing address**
Nulo, Inc.
PO Box 161565
Austin TX 78716

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,277

**3.10 Nonpriority creditor's name and mailing address**
Nuseed America
11901 S. Austin Avenue
Alsip IL 60803

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 24,888

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 41 of 103

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.10** **Nonpriority creditor's name and mailing address**

NWN Corporation

271 Waverly Oaks Road #302

Waltham  MA  02452

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

Basis for the claim:  Nonspecific

$ 37,765

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

On Center Software

8708 Technology Forest Place #175

The Woodlands TX  77381

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

$ 2,455

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

Oracle America, Inc.

2955 Campus Drive, Suite 100

San Mateo  CA  94403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

$ 15,817

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

Outreach Health Services

251 West Renner Parkway

Richardson  TX  75080

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

$ 4,659

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

Palnet

100 N. Black Horse Pike

Williamstown  NJ  08094

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

$ 1,264

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 42 of 103

Debtor ___ICHARTS, INC._____    Case number *(if known)*_____
        Name

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

| 3.11: | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $ | 7,393 |

Payment Advantage

26 Marine Pde.

Southport 4215

Australia

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.11: | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $ | 23,450 |

Polsinelli PC

PO Box 878681

Kansas City  MO  64187

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.11: | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $ | 6,194 |

Polygon

15 Sharpners Pond Rd. Bldg F

North Andover  MA  01845

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.11: | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $ | 2,091 |

POS Supply Solutions

30 Logbridge Rd. Bldg. 200. Ste. 203

Middleton  MA  01949

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.11: | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $ | 21 |

Power Monitors

800 N. Main Street

Mt. Crawford  VA  22841

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 43 of 103

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.11** Nonpriority creditor's name and mailing address

Professional Cleaning Service Contractor

2422 Loment Place

San Jose  CA  95124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

**Basis for the claim:** Nonspecific

$                1,050

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Promedics Nutraceutical Ltd.

Box 155 - 2498 2498 W. 41st Avenue

Vancouver BC V6M 2A7

Canada

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Nonspecific

$                3,126

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Psyonix

401 W. A Street

San Diego  CA  92101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Nonspecific

$                10,826

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

Pulse Secure, LLC

2700 Zanker Rd. #200

San Jose  CA  95134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Nonspecific

$                1,620

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

Purity Zinc Metals

498 International Blvd.

Clarksville  TN  37040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Nonspecific

$                2,880

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 44 of 103

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.12** Nonpriority creditor's name and mailing address

Rain King Software Inc.

7700 Old Georgetown Road 5th Floor

Bethesda  MD  20814

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ Liquidated and neither contingent nor disputed

Basis for the claim:  Nonspecific

$                12,750

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

Red Sky Solutions, LLC

11925 700 East

Draper  UT  84020

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Nonspecific

$                 3,319

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.124** Nonpriority creditor's name and mailing address

Rimon PC

One Embarcadero Center, Suite 400

San Francisco  CA  94111

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Nonspecific

$                15,234

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

Rimports, Inc.

201 E. Bay Blvd,

Provo  UT  84606

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Nonspecific

$                 7,393

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

RISI

4 Alfred Circle

Bedford  MA 01730

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Nonspecific

$                 1,728

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 45 of 103

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.12** Nonpriority creditor's name and mailing address

Rolland Safe & Lock Company

3140 Towerwood Drive

Dallas  TX  75234

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☑ Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 7,872

---

**3.12** Nonpriority creditor's name and mailing address

Sagitec Solutions LLC

422 County Road D East

Saint Paul  MN  55117

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,415

---

**3.12** Nonpriority creditor's name and mailing address

Salesforce.com

PO Box 203141

Dallas  TX  75320

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 60,240

---

**3.13** Nonpriority creditor's name and mailing address

San Diego Sign Company (WS Display)

5960 Pascal Court

Carlsbad  CA  92008

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 98

---

**3.13** Nonpriority creditor's name and mailing address

Sears Hometown and Outlet Stores

5500 Trillium Blvd. Ste. 501

Hoffman Estates  IL  60192

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 376,373

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 46 of 103

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.13 Nonpriority creditor's name and mailing address**

Secret Sushi, Inc.

38478 Birch Street

Newark  CA  94560

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 9,500

---

**3.13 Nonpriority creditor's name and mailing address**

Semi

673 S. Milpitas Blvd.

Milpitas  CA  95035

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 7,144

---

**3.134 Nonpriority creditor's name and mailing address**

Server Central

111 W. Jackson Blvd. Ste. 1600

Chicago  IL  60604

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 8,353

---

**3.13 Nonpriority creditor's name and mailing address**

SHP AS

Graterudveien 2

Drammen 3036

Norway

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 30,256

---

**3.13 Nonpriority creditor's name and mailing address**

SignsDirect

1703 S. Veterans Pkwy.

Bloomington  IL  61701

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Nonspecific

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 617

---

Case: 18-50958     Doc# 1     Filed: 04/30/18     Entered: 04/30/18 12:20:19     Page 47 of 103

| Debtor | ICHARTS, INC. | Case number (if known) |
|--------|---------------|------------------------|
|        | Name          |                        |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13** Nonpriority creditor's name and mailing address
Single O
28B Cranbrook Street
Bottany  NSW 2019
Australia

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

Basis for the claim:  Nonspecific

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,509

---

**3.13** Nonpriority creditor's name and mailing address
Stair Lock Pty Ltd.
46 Fullarton Road
Nordwood  SA 5067
Australia

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,090

---

**3.13** Nonpriority creditor's name and mailing address
Statcomm. Inc.
939-C San Rafael Avenue
Mountain View  CA  94043

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,011

---

**3.14** Nonpriority creditor's name and mailing address
STEMCO LP
300 Industrial Blvd.
Longview  TX  75602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 0

---

**3.14** Nonpriority creditor's name and mailing address
STM Bags
PO Box 7005
Alexandria 2015
Australia

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,422

---

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 48 of 103

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.14**| Nonpriority creditor's name and mailing address

Studco

1700 Boulter Industrial Pkwy.

Webster  NY  14580

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

Basis for the claim:  Nonspecific

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 13,300

---

**3.14**| Nonpriority creditor's name and mailing address

Superior Recreational Products, Inc.

1050 Columbia Drive

Carrollton  GA  30117

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,096

---

**3.14**| Nonpriority creditor's name and mailing address

Sustainable Supply

11586 Colony  Row

Broomfield  CO  80021

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,150

---

**3.14**| Nonpriority creditor's name and mailing address

Sweeney, Mason, Wilson and Bosomworth

938 University Avenue, Suite 104 C

Los Gatos  CA  95032

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 15,376

---

**3.14**| Nonpriority creditor's name and mailing address

System Biosciences

2438 Embarcadero Way

Palo Alto  CA  94303

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonspecific

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,612

Case: 18-50958     Doc# 1     Filed: 04/30/18     Entered: 04/30/18 12:20:19     Page 49 of 103

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.14** Nonpriority creditor's name and mailing address

Temple Educational Support Services

Temple University, Japan Campus 2-8-12

Minami Azabu, Minato-Ku,Tokyo, 1060047

Japan

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$    0

---

**3.14** Nonpriority creditor's name and mailing address

The A.J. Weller Corporation

PO Box 17566

Shreveport  LA  71138

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$    10,626

---

**3.14** Nonpriority creditor's name and mailing address

The Decor Group

2301 Crown Court

Irving  TX  75038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$    10,798

---

**3.15** Nonpriority creditor's name and mailing address

The Duck Store

895 E. 13th Avenue

Eugene  OR  97401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$    10,419

---

**3.15** Nonpriority creditor's name and mailing address

The Hanover Insurance Group

PO Box 580045

Charlotte  NC  28258

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Nonspecific

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

$    939

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 50 of 103

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.15**   **Nonpriority creditor's name and mailing address**

The Long and Foster Companies, Inc.

14501 George Carter Way

Chantilly  VA  20151

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☒ Liquidated and neither contingent nor disputed

**Basis for the claim:** Nonspecific

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$     3,375

---

**3.15**   **Nonpriority creditor's name and mailing address**

Ticket City

5912 Balcones Drive

Austin  TX  78731

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Nonspecific

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$     4,152

---

**3.154**   **Nonpriority creditor's name and mailing address**

Tigerspike

600 California Street 11th Floor

San Francisco  CA  94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Nonspecific

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$     10,776

---

**3.15**   **Nonpriority creditor's name and mailing address**

TMW Systems, Inc.

6085 Parkland Blvd.

Mayfield Heights  OH  44124

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Nonspecific

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$     3,362

---

**3.15**   **Nonpriority creditor's name and mailing address**

Transport Management Solutions

28 Huntingwood Drive

Huntingwood  2148

Australia

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Nonspecific

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$     0

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 51 of 103

| Debtor | ICHARTS, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.15** Nonpriority creditor's name and mailing address

Travelers Insurance

PO Box 1564

Elmira  NY  14902

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ Liquidated and neither contingent nor disputed

Basis for the claim:  Nonspecific

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 0

---

**3.15** Nonpriority creditor's name and mailing address

UPPAbaby

60 Sharp Street

Hingham MA  02021

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Nonspecific

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 3,603

---

**3.15** Nonpriority creditor's name and mailing address

Valerie Duncker

1226 Gronwall Court

Los Altos  CA  94024

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Nonspecific

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 9,200

---

**3.16** Nonpriority creditor's name and mailing address

Vela Trtading Technologies

211 East 43rd Street, 5th Fl.

New York  NY  10017

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Nonspecific

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 5,232

---

**3.16** Nonpriority creditor's name and mailing address

ViaNet Communications

PO Box 390637

Mountain View  CA  94039

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Nonspecific

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 1,249

---

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 52 of 103

| Debtor | ICHARTS, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.16** Nonpriority creditor's name and mailing address

Victoria McCracken

2356 Abbeghill Road

Lincoln  CA  95648

As of the petition filing date, the claim is:
Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] Liquidated and neither contingent nor disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

$ 0

---

**3.16** Nonpriority creditor's name and mailing address

VIP Petcare

5813 Skyland Blvd.

Windsor  CA  95492

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

$ 345

---

**3.16** Nonpriority creditor's name and mailing address

Wenzel Spine, Inc.

1130 Rutherford, Suite 200

Austin  TX  78753

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

$ 7,375

---

**3.16** Nonpriority creditor's name and mailing address

Westside Wholesale

7765 National Turnpike Suite 140

Louisville  KY  40214

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

$ 0

---

**3.16** Nonpriority creditor's name and mailing address

Wilcon

695 River Oaks Pkwy.

San Jose  CA  95134

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Nonspecific

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __

$ 0

---

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 53 of 103

| Debtor | ICHARTS, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.16** Nonpriority creditor's name and mailing address

XPEL

618 W. Sunset Road

San Antonio  TX  78216

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ Liquidated and neither contingent nor disputed

$                              11,693

Basis for the claim:  Nonspecific

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$

Basis for the claim:  _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$

Basis for the claim:  _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$

Basis for the claim:  _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$

Basis for the claim:  _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 54 of 103

Debtor   ICHARTS, INC.
         _____          Case number (if known) _____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5. **Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

5a. **Total claims from Part 1**          5a.    $ _____ 0

5b. **Total claims from Part 2**          5b.  + $ _____ 1,446,993

5c. **Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.                    5c.    $ _____ 1,446,993

**Fill in this information to identify the case:**

Debtor name    ICHARTS, INC.

United States Bankruptcy Court for the:    Northern    District of    California
                                                    (State)

Case number (If known):        Chapter    7

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**           **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 3938 sq. ft office leasehold at 516 Gibson Dr., Roseville, CA | Shea Center Roseville I, LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | 10 leased laptop computers | Direct Capital Corporation |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Service contracts with customers of debtor | See attached list of customers |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 56 of 103

# ICHARTS, INC.

## ATTACHMENT TO SCHEDULE G – LIST OF CUSTOMERS WITH EXETORY SERVICE CONTRACTS

| Company Name | Address |
| --- | --- |
| Abacus Direct | Abacus House, Jubilee Mills, Copgrove, HG3 3TB United Kingdom |
| Accuserv | 3865 Produce Rd, Suite 208, Louisville, 40218 United States |
| Actavo | Westland House, Willow Road, Dublin, 12 Ireland |
| Actegy Health | Reflex, Cain Road, Bracknell, RG12 1HL United Kingdom |
| Akustica, Inc. | 2555 Smallman Street Suite 200, Pittsburgh, 15222 United States |
| All-Safe Pool Fences &amp; Covers | 648 N Eckhoff St, Orange, CA 92868 |
| A Medium Corporation | 760 Market St Fl 9, San Francisco, 94102-2310 United States |
| Amplify Snack Brands | 500 W. 5th St. Ste 1350, Austin, 78701 United States |
| Arborwell | 2337 American Avenue, Hayward, 94545 United States |
| Arch Painting, Inc. | One Presidential Way, Suite 109, Woburn, 01801 United States |
| Augentius | Two London Bridge, London, SE1 9RA United Kingdom |
| Axioma | 17 State Street, Suite 2700, New York, NY 10004 United States |
| Bailey International, LLC | 2527 Westcott Blvd., Knoxville, 37931 United States |
| Baker Hill | 12900 North Meridian Suite 200, Carmel, IN 46032 United States |
| Beechwood Homes (NSW) | Unit 2, 25-27 Redfern Street, Wetherill Park, NSW 2164, Australia |
| Best Choice Products | Irvine, California 92614 United States |
| Bluetent | 218 East Valley Road, Carbondale, CO 81623 |
| Brainpop.Com | 71 West 23Rd Street 17Th Floor, New York, 10010 United States |
| Brightpoint Health | 71 West 23rd Street 8th Floor, New York, NY 10010 |
| Cableorganizer | 6250 Nw 27Th Way, Fort Lauderdale, 33309 United States |
| Cambridge Sound Management Inc. | 404 Wyman St, Waltham, 02451 United States |
| Candy.com | 70 Finnell Dr #14, Weymouth, 02188 United States |
| Car-Part.com | 1980 Highland Pike, Ft. Wright, 41017 United States |
| Carval Investors, Llc | 9320 Excelsior Blvd. 7th floor, Hopkins, 55343 United States |
| Casa McGregor | km 4, Carr. Sur Vía Panamericana, Managua, Nicaragua |
| CatEye America | 2825 Wilderness Place, Suite # 1200, Boulder, 80301 United States |

Attachment 1a

| | |
|---|---|
| CDG Co., Ltd. | Takarazuka Bldg 13F,, Yurakucho Chiyoda-ku, 100-0006 Japan |
| Ceridian | 3311 E. Old Shakopee Road, Minneapolis, 55425 United States |
| CoastTec, powered by CBM | 9635 Liberty Rd, Randallstown, Maryland 21133 United States |
| Concept Amenities | 81-85 Malcolm Road, Braeside VIC 3195, AUSTRALIA |
| Corptax | 2100 East Lake Cook Road, Suite 800, Buffalo Grove, 60089 United States |
| Corr Jensen | 100 Crosby St., Suite 604, New York NY 10012 |
| Coyne PR | 5 Wood Hollow Road, Parsippany, NJ 07054 |
| Derive Systems | 4150 Church Street Suite 1024, Sanford, 32771 United States |
| Digital Networks Australia | Unit 13, 8 Campbell Street, Artarmon, 2064 Australia |
| Discover with Dr. Cool | 993 Siskiyou Blvd., Suite 1, Ashland, 97520 United States |
| DocDoc.com | 64 Boat Quay, Singapore, 49852 Singapore |
| Dreamer Media | 1810 Berkeley Street, Suite E, Santa Monica, CA 90404 |
| Dunstans Construction Group Pty Ltd | 12 Newman Street, Wangaratta, 3677 Australia |
| Earp Bros Tiles | 26 Darling Street, Carrington, 2294 Australia |
| Ednetics | 971 S Clearwater Loop, Post Falls, 83815 United States |
| Enjoy Life Foods | 8770 W. Bryn Mawr Ave Suite 1100, Chicago, 60631 United States |
| Epsilon Economics LLC | 111 S Wacker Dr #5001, Chicago, IL 60606 |
| Euroquip | 109 Bolt Rd, Nelson, 7011 New Zealand |
| Evisions | 440 Exchange Ste 200, Irvine, 92602 United States |
| Extron Australia | 10 Hampton Rd, Keswick SA 5035, Australia |
| Fairlife | 999 W Randall, Coopersville, 49404 United States |
| Federal Equipment Company | 8200 Bessemer Ave, Cleveland, 44127 United States |
| FXR Factory Racing Inc. | 35 Haliburton Bay, Winnipeg, R3K 1E1 Canada |
| Galaxy Gaming | 6767 Spencer Street,, Las Vegas, 89119 United States |
| Gemseal Products | 3700 Arco Corporate Dr., Suite 425, Charlotte, NC 28273 |
| Generator Systems | 2246 Port Centre, Medina, OH 44256 |
| GMA Garnet Group | 1800 Hughes Landing Blvd, 350, The Woodlands, 77380 United States |
| Greenberg, Inc. | 1250 53rd St, Emeryville, CA 94608 |
| Greenhouse Software | 110 5th Ave 3rd Floor, New York, NY 10011 United States |
| Hagerman &amp; Company | 505 Sunset Court Po Box 139 Mt, Zion, IL 62549 United States |

Attachment 1b

| | |
|---|---|
| Huish Outdoors | 1540 2200 W, Salt Lake City, UT 84116 |
| iCanvas.com | 8280 Austin Ave, Morton Grove, Illinois 60053 United States |
| Infinisource | 15 East Washington St., Coldwater, 49036 United States |
| InfoWars | PO Box 19549, Austin, 78760 United States |
| Innovative Interfaces Inc. | 5850 Shellmound Way,, Emeryville, 94608 United States |
| In-O-Vate Dryer Products | 810 Saturn Street, Suite 20, Jupiter, FL 33477 |
| Interstate Group LLC | 3800 Airport Rd, Nampa, ID 83687 |
| ITS Technologies &amp; Logistics | 8205 S Cass Avenue, Suite 115, Darien IL 60561 |
| J.S.Held, LLC | 50 Jerico Quadrangle, Suite 117, Jericho, 11753 United States |
| Jacobi Carbons AG | Rheinweg 5, Schaffhausen, CH-8200 Switzerland |
| Kateeva | 7015 Gateway Boulevard, Newark, 94560 United States |
| Lefroy Brooks | 1828 Troutman Street, Ridgewood, 11385 United States |
| Liners Direct | 401 S. Gary Ave, Suite A, Roselle, 60172 United States |
| MatTEK | 11 Pullman PL, Emu Plains, 2750 Australia |
| McKissock | 218 Liberty Street, Warren, PA 16365 United States |
| Media One | 11752 Markon Dr, Garden Grove, CA 92841 |
| Miansai | 1800 N Miami Avenue, Miami, 33136 United States |
| Mind Gym (USA) Inc. | 160 Kensington High St., London, W8 7RG, United Kingdom |
| Natural Resource Governance | 80 Broad Street, Suite 1801, New York, 10004 United States |
| NeoNova Network Services | 1201 Edwards Mill Rd #102, Raleigh, NC 27607 |
| Netskope | 270 3rd Street, Los Altos, 94022 United States |
| NeuroNexus Technologies | 655 Fairfield Ct, Ste. 100, Ann Arbor, MI 48108 |
| Nido Group | 100 Rd 866, Toa Baja, Puerto Rico 00949 United States |
| Norbar | 36400 Biltmore Place, Willoughby, Ohio 44094, USA |
| Norscot Group | 1000 West Donges Bay Rd., Mequon, WI 53092 USA |
| Novagard Solutions | 5109 Hamilton Ave, Cleveland, OH 44114 |
| Nulo, Inc. | PO Box 161565, Austin, 78716 United States |
| Nuseed America | 11901 S Austin Ave, Alsip, 60803 United States |
| NWN Corporation | 271 Waverly Oaks Road, Waltham, 2452 United States |

Attachment 1c

| | |
|---|---|
| On Center Software | 8708 Technology Forest Pl #175, The Woodlands, 77381 United States |
| Outreach Health Services | 251 West Renner Parkway, Richardson TX 75080 |
| Palnet | 100 N. Black Horse Pike, Williamstown, NJ 08094 |
| Payment Advantage | 26 Marine Pde, Southport, 4215 Australia |
| Polygon | 15 Sharpners Pond Rd Building F, North Andover, MA 01845 United States |
| POS Supply Solutions | 30 Logbridge Road, Building 200, Suite 203, Middleton, MA 01949 |
| Power Monitors | 800 N Main St Mt Crawford, VA 22841 |
| Promedics Nutraceutical Ltd | Box 155 - 2498 W 41St Ave, Vancouver, V6M 2A7 Canada |
| Psyonix | 401 W. A St, San Diego, 92101 United States |
| Pulse Secure, LLC | 2700 Zanker Rd #200, San Jose, CA 95134 |
| Purity Zinc Metals | 498 International Boulevard, Clarksville, TN 37040 United States |
| Red Sky Solutions, LLC | 11925 700 E, Draper, 84020 United States |
| Rimports, Inc. | 201 East Bay Blvd, Provo, 84606 United States |
| RISI | 4 Alfred Circle,, Bedford, 01730 United States |
| Rolland Safe &amp; Lock Company | 3140 Towerwood Drive,, Dallas, TX 75234 United States |
| Sagitec Solutions LLC | 422 County Road D East, Saint Paul, MN 55117 |
| San Diego Sign Company (WS Display) | 5960 Pascal Court,, Carlsbad, 92008 United States |
| Sears Hometown and Outlet Stores | 5500 Trillium Blvd., Suite 501, Hoffman Estates, 60192 United States |
| SEMI | 673 S. Milpitas Boulevard, Milpitas, 95035 United States |
| Server Central | 111 W. Jackson Blvd. Suite 1600, Chicago, IL 60604 |
| SHP AS | Graterudveien 2, Drammen, 3036 Norway |
| SignsDirect | 1703 S Veterans Pkwy, Bloomington, IL 61701 |
| Single O | 28B Cranbrook St, Botany NSW 2019, Australia |
| Stair Lock Pty Ltd | 46 Fullarton Rd, Norwood, SA 5067, Australia |
| STEMCO LP | 300 Industrial Blvd., Longview, Texas 75602 |
| STM Bags | PO Box 7005, Alexandria, 2015 Australia |
| Studco | 1700 Boulter Industrial Parkway, Webster, NY 14580 United States |
| Superior Recreational Products, Inc. | 1050 Columbia Dr, Carrollton, 30117 United States |
| Sustainable Supply | 11586 Colony Row, Broomfield, CO 80021 United States |

Attachment 1d

| | |
|---|---|
| System Biosciences | 2438 Embarcadero Way, Palo Alto, 94303 United States |
| Temple Educational Support Services, | Temple University, Japan Campus 2-8-12 Minami Azabu, Minato-ku, Tokyo, 106-0047 Japan |
| The A.J. Weller Corporation | P O Box 17566,, Shreveport, 71138-0566 United States |
| The Decor Group | 2301 Crown Ct, Irving, 75038 United States |
| The Duck Store | 895 East 13th Avenue, Eugene, OR 97401 United States |
| The Long and Foster Companies, Inc. | 14501 George Carter Way, Chantilly, 20151 United States |
| Ticket City | 5912 Balcones Dr., Austin, Texas 78731 United States |
| Tigerspike | 600 California Street, 11th Floor, San Francisco, CA 94105 |
| TMW Systems, Inc. | 6085 Parkland Blvd., Mayfield Heights, OH 44124 |
| Transport Management Solutions | 28 Huntingwood Dr, Huntingwood, 2148 Australia |
| UPPAbaby | 60 Sharp Street,, Hingham, 02021 United States |
| Vela Trading Technologies | 211 East 43rd Street, 5th Floor, New York, NY 10017 |
| VIP Petcare | 5813 Skylane Blvd., Windsor, 95492-9208 United States |
| Wenzel Spine, Inc. | 1130 Rutherford, Suite 200, Austin, TX 78753 United States |
| Westside Wholesale | 7765 National Turnpike Suite 140 , Louisville, KY 40214 |
| Wilcon | 695 River Oaks Pkwy, San Jose, CA 95134 |
| XPEL | 618 W. Sunset Road, San Antonio, Texas 78216 |

Attachmet 1e

Fill in this information to identify the case:

Debtor name  ICHARTS, INC.

United States Bankruptcy Court for the:     Northern     District of  California
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.2 _____ | Street _____<br>City   State   ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.3 _____ | Street _____<br>City   State   ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.4 _____ | Street _____<br>City   State   ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.5 _____ | Street _____<br>City   State   ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.6 _____ | Street _____<br>City   State   ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 62 of
103

**Fill in this information to identify the case:**

Debtor name  ICHARTS, INC.

United States Bankruptcy Court for the: _____ Northern _____ District of __California__
                                                       (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2018  to  Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $     450000 |
   | **For prior year:** | From 01/01/2017  to  12/31/2017<br>MM / DD / YYYY     MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $     1,400,000 |
   | **For the year before that:** | From 01/01/2016  to  12/31/2016<br>MM / DD / YYYY     MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $     914913 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____  to  Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | **For prior year:** | From _____  to  _____<br>MM / DD / YYYY     MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____  to  _____<br>MM / DD / YYYY     MM / DD / YYYY | _____ | $_____ |

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 63 of 103

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attached list <br> _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State     ZIP Code | _____ <br> _____ <br> _____ <br> _____ | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State     ZIP Code | _____ <br> _____ <br> _____ <br> _____ | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Valerie Duncker - See attached page <br> Insider's name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State     ZIP Code <br><br> **Relationship to debtor** <br> spouse of debtor's CEO | _____ <br> _____ <br> _____ | $_____ | _____ <br> _____ <br> _____ |
| 4.2. | _____ <br> Insider's name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State     ZIP Code <br><br> **Relationship to debtor** | _____ <br> _____ <br> _____ | $_____ | _____ <br> _____ <br> _____ |

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 64 of 103

**Attachment to Statement of Financial Affairs**

**Part 2:**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor Names and Addresses | Dates | Total Amount | Reasons |
|---|---|---|---|
| CMF – Consulting Management & Finance AG<br>Pienzenauerstr. 14<br>D-81679 Munich<br>Germany | Feb 1, 2018 | $76,800 | Secured debt |
| FELIX REGEHR VERMOEGENSVERWALTUNG GmbH<br>Kastanienallee 8<br>D-82031 Gruenwald<br>Germany | Feb 1, 2018 | $153,600 | Secured debt |
| Wetterstein Capital GmbH<br>Fuchstanzstr. 13<br>D-61462 Königstein im Taunus<br>Germany | Feb 1, 2018 | $153,600 | Secured debt |
| **Valerie Duncker**<br>1226 Gronwall Court<br>Los Altos, CA 94024 | Feb 1, 2018 | $60,000 | Secured debt (also listed in question 4 below) |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Insider's Names and Addresses | Dates | Total Amount | Reasons |
|---|---|---|---|
| Seymour Duncker | 7/31/2017 | $25,230 | Reimbursement of legal fees incurred during a board dispute in July 2017 to address the failings of the board which was deadlocked at the time. A lawyer was obtained by Seymour Duncker to request the board act. After two board members stepped down, the remaining board approved the reimbursement of the legal fees. The reimbursement was paid during the normal payment cycle. |
| Seymour Duncker | Various dates May 2017 - Jan 2018 | Aggregate amount of $4,532.31 | Various expense reimbursements submitted and paid during normal monthly payment cycles |
| Valerie Duncker | Feb 1, 2018 | $60,000 | Secured debt - Valerie Duncker, spouse of debtor's CEO, loaned $50,000 to debtor in connection with three other lenders in October/ November 2017, as part of a secured loan transaction through which she and the other three lenders received collateral, up to and including all assets of debtor. The total loan amount from all four lenders was $370,000, and this loan infusion enabled the debtor to continue operations for several months in pursuit new investors and potential purchasers of the debtor. Terms of repayment included triple of the amount owed in the event debtor defaulted on the agreement. In 2/18 debtor was in default and the holders of the majority of the debt amount (excluding Valerie Duncker, who abstained from that action) demanded partial repayment of 120% of the $370,000 principal owed in consideration for forbearing on immediately demanding the 300% amount owed at that point in time. Valerie Duncker was repaid $60,000 as her pro-rata portion of that repayment. Subsequent to that loan repayment, Valerie Duncker made the following three additional loans to the debtor: <br> 4/16/18 - $2,000 <br> 4/18/18 - $3,200 <br> 4/25/18 - $4,000 <br> Those additional loans have not been repaid. |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City   State   ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Shea Center Roseville I, LLC v. debtor | Complaint for unlawful detainer | Placer County Superior Court <br> Name <br> Street <br> City   State   ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> MCV0069127 | | | |
| 7.2. | Case title | | Court or agency's name and address <br> Name <br> Street <br> City   State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | | |

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 67 of 103

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City        State    ZIP Code | | |
| | Date of order or assignment | City       State      ZIP Code |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City       State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City       State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | | | $_____ |

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 68 of 103

| Debtor | ICHARTS, INC. | Case number (if known) |
|--------|---------------|------------------------|
|        | Name          |                        |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|      | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|------|---------------------------------------------|--------------------------------------------------|-------|-----------------------|
| 11.1. | James S.K. Shulman | | 4/18 | $ 5260 |
|      | **Address** | | | |
|      | Street | | | |
|      | City          State     ZIP Code | | | |
|      | **Email or website address** ike@ikeshulmanlaw.com | | | |
|      | **Who made the payment, if not debtor?** | | | |

|      | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|------|---------------------------------------------|--------------------------------------------------|-------|-----------------------|
| 11.2. | | | | $ |
|      | **Address** | | | |
|      | Street | | | |
|      | City          State     ZIP Code | | | |
|      | **Email or website address** | | | |
|      | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|------------------------------------|---------------------------|-----------------------|
| | | | $ |
| **Trustee** | | | |

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 69 of 103

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | Street | | | |
| | City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $ _____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy | | | |
|---|---|---|---|---|
| Plug n Play Tech Center, 440 N. Wolfe Rd., Sunnyvale, CA 94085 | From | 2009 | To | 3/16 |
| 516 Gibson Drive, Roseville, CA 95678 | From | 1/16 | To | 4/18 |

Case: 18-50958   Doc# 1   Filed: 04/30/18   Entered: 04/30/18 12:20:19   Page 70 of
103

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

     Is the debtor primarily engaged in offering services and facilities for:

     —   diagnosing or treating injury, deformity, or disease, or

     —   providing any surgical, psychiatric, drug treatment, or obstetric care?

     ☑ No. Go to Part 9.

     ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* |
| City   State   ZIP Code | | ☐ Electronically ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| **15.2.** Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* |
| City   State   ZIP Code | | ☐ Electronically ☐ Paper |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

     ☑ No.

     ☐ Yes. State the nature of the information collected and retained. _____

         Does the debtor have a privacy policy about that information?

         ☐ No

         ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

     ☑ No. Go to Part 10.

     Yes. Does the debtor serve as plan administrator?

         ☐ No. Go to Part 10.

         ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

         Has the plan been terminated?

         ☐ No

         ☐ Yes

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 71 of 103

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Heritage Bank<br>_____<br>Name<br>_____<br>Street<br>San Jose        CA<br>City    State    ZIP Code | XXXX– 9 3 7 1 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 10/17 | $ 0 |
| 18.2. | Avidbank<br>_____<br>Name<br>_____<br>Street<br>Palo Alto        CA<br>City    State    ZIP Code | XXXX– 1 3 0 4 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 3/18 | $ 0 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No<br>☐ Yes |
| | **Address** | | |

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 72 of 103

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ _____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City        State        ZIP Code | | From _____   To _____ |
| 25.2. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City        State        ZIP Code | | From _____   To _____ |
| 25.3. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City        State        ZIP Code | | From _____   To _____ |

Case: 18-50958   Doc# 1   Filed: 04/30/18   Entered: 04/30/18 12:20:19   Page 74 of 103

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Sandeep Shroff | From ___2013___ To _7/16_ |
| | Name | & From 8/17 to present |
| | 4512 Legacy Drive #100 | |
| | Street | |
| | Plano                    TX          75024 | |
| | City                     State       ZIP Code | |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | Soon-Chul Choi (former in-house CPA) | From _7/16_ To _8/17_ |
| | Name | |
| | address unknown | |
| | Street | |
| | City                     State       ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | | From _____ To ___To__ |
| | Name | |
| | Street | |
| | City                     State       ZIP Code | |

| | Name and address | Dates of service |
|---|---|---|
| 26b.2. | | From _____ To _____ |
| | Name | |
| | Street | |
| | City                     State       ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| NetSuite, Inc. | online subscription service - access to charter of accounts suspended due to failure to pay |
| Intuit, Inc. | online subscription service - access to charter of accounts suspended due to failure to pay |
| Seymour Duncker | |

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | | |
| | Name | _____ |
| | Street | _____ |
| | | _____ |
| | City                    State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

26d.1.   **Debtor provided financial statements to numerous prospective buyers, investors and lenders over the past 2 years.**

Name
Street

City                    State          ZIP Code

Name and address

26d.2.
Name
Street

City                    State          ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |

Name and address of the person who has possession of inventory records

27.1.
Name
Street

City                    State          ZIP Code

Case: 18-50958   Doc# 1   Filed: 04/30/18   Entered: 04/30/18 12:20:19   Page 76 of 103

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.

_____
Name

_____
Street

_____
City                                    State        ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Seymour Duncker | _____ | shareholder ⊞ | 17.35% |
| Moore Capital | _____ | shareholder ⊞ | 20.39% |
| Software AG | _____ | shareholder ⊞ | 17.78% |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| See attached page | _____ | _____ | From _____ To _____ ⊞ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.    See attached page | | | |
| Name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City    State    ZIP Code | | | |
| Relationship to debtor | | | |

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 77 of 103

**Attachment to Statement of Financial Affairs**

**Part 13:**

**29. Other former debtors and officers**

| Name | Address | Position, Nature of Interest | % of issued stock |
|------|---------|------------------------------|-------------------|
| John Jerrehian | Los Altos | Director | 2010 to 01/18 |
| Frederic Hanika | Los Altos | Director | 2014 to 8/17 |
| George Mimura | Hawaii | Director | 2016 to 8/17 |
| John Glynn | Palo Alto | Director | 2016 to 7/17 |

**30. Payments to insiders**

| Name, Address | Amount | Dates | Reason |
|---------------|--------|-------|--------|
| Seymour Duncker<br><br>CEO, Director | $479.48<br>$6,000<br>$3,666.66<br>$3,666.66<br>$3,666.66<br>$11,500<br>$18,833.34<br>$18,833.34<br>$18,833.34<br>$18,833.34 | 02/28/18<br>01/31/18<br>12/31/17<br>11/30/17<br>10/31/17<br>09/30/17<br>8/31/17<br>7/31/17<br>6/30/17<br>5/31/17 | Salary |
| John Jerrehian<br><br>Director | $10,000<br>$10,000<br>$10,000<br>$10,000<br>$10,000 | Sep 2017<br>Aug 2017<br>Jul 2017<br>June 2017<br>May 2017 | Consulting fee |

page 13a

| Debtor | ICHARTS, INC. | Case number (if known) |
|---|---|---|
| | Name | |

| | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2 | | | | |
| | Name | | | |
| | Street | | | |
| | City                    State          ZIP Code | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____04/27/2018_____
            MM  /  DD  / YYYY

✗ _____      Printed name   SEYMOUR DUNCKER
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____CEO_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No
☑ Yes

Case: 18-50958    Doc# 1    Filed: 04/30/18    Entered: 04/30/18 12:20:19    Page 79 of 103

| In re: ICHARTS, INC. | Case No. | |
|---|---|---|
| **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR: CHAPTER 7**                    12/15 | United States Bankruptcy Court<br>Northern District of California | ☐ Amended<br>☐ Supplemental |

Pursuant to 11 U.S.C. § 329 and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, I certify that I am the attorney for the above-named debtor(s) and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the debtors(s) in contemplation of or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition is as follows:

| $ | 5,260.00 | is the amount I have agreed to accept, of which |
|---|---|---|
| $ | 5,260.00 | has been paid prior to the filing of this statement, and |
| $ | 0.00 | is the amount remaining to be paid. |
| Funds of the debtor | | is the source of the compensation already paid; and |
| Not applicable | | is the expected source of the compensation yet to be paid. |

I have not agreed to share this or any future compensation with any other person.

In return for the above-disclosed fee, I have agreed to render legal services as stated in the legal services agreement executed by the Debtor(s) and Shulman Law Offices.  Said agreement is consistent with this Court's GUIDELINES FOR LEGAL SERVICES TO BE PROVIDED BY DEBTORS' ATTORNEYS IN CHAPTER 7 CASES, which the debtor(s) have signed and received.

CERTIFICATION

Under penalty of perjury, I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor(s) in this bankruptcy proceeding.

Date: _____4/27/18_____

_____
Signature of Attorney,
James S.K. Shulman (SBN 118938)

Shulman Law Offices
1501 The Alameda #200
San Jose CA 95126
phone: (408) 297-3333
fax: (408) 993-1869
email: ike@ikeshulmanlaw.com

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR: CHAPTER 7**

| In re: ICHARTS, INC. | Case No. | |
|---|---|---|
| **CREDITOR MATRIX COVER SHEET** | United States Bankruptcy Court<br>Northern District of California | ☐ Amended |

I declare that the attached Creditor Mailing Matrix, consisting of __22__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor(s)' filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: _4/27/18_

Signature of Debtor(s)' Attorney
JAMES S.K. SHULMAN
Shulman Law Offices
1501 The Alameda, Suite 200
San Jose, CA 95126

**CREDITOR MATRIX COVER SHEET**

CMF-Consulting Management & Finance AG
Plenzenauerstr. 14
81679 Munich
Germany


DirectCapital Corporation
156 Commerce Way
Portsmouth   NH   03801


Felix Regehr Vermoegensverwaltung GmbH
Kastienallee 8
82031 Gruenwald
Germany


Shea Center Roseville I, LLC
c/o The ByrneLaw Office, APC
24011 Ventura Blvd. Ste. 201
Calabasas   CA   91302


Square 1 Bank
406 Blackwell Street, Suite 240
Durham   NC 27701


Valerie Duncker
1226 Gronwall Court
Los Altos   CA   94024


Wetterstein Capital GmbH
Fuchstanzstr. 13
82031 Konigstein im Taunus
Germany


A Medium Corporation
760 Market Street, 9th Floor
San Francisco   CA   94102

Abacus Direct
Abacus House Jubilee Mills
Copgrove  HG3 3TB
United Kngdom


Accuserv
3865 Produce Road, Suite 208
Louisville  KY 40218


Act-On Software, Inc.
Dept. LA 24026
Pasadena  CA  91185


Actavo
Wesland House Willow Road
Dublin  12
Ireland


Actegy Health
Reflex, Cain Road
Bracknell RG12 1HL
United Kingdom


Akustica, Inc.
2555 Smallman Street, Suite 200
Pittsburgh  PA  15222


All-Safe Pool Fences & Covers
648 N. Eckhoff Street
Orange  CA  92868


Amazon Web Services Inc.
PO Box 84023
Seattle  WA  98124

Amplify Snack Brands
500 W. 5th Street, Suite 1350
Austin  TX  78701


Arborwell
2337 American Avenue
Hayward  CA  94545


Arch Painting, Inc.
One Presidential Way, Suite 109
Woburn  MA  01801


Augentius
Two London Bridge
London  SE1 9RA
United Kingdom


Axioma
17 State Street, Suite 2700
New York  NY  10004


Bailey International, LLC
2527 Westcott Blvd.
Knoxville  TN  37931


Baker Hill
12900 North Meridian, Suite 200
Carmel  IN  46032


Bay Alarm Company
PO Box 7137
San Francisco  CA  94120

Beechwood Homes (NSW)
Unit 2, 25-27 Redfern Street
Wetherill Park NSW 2164
Australia


Best Choice Products
2010 Main St,, Suite 650
Irvine  CA  92614


Bluetent
218 East Valley Road
Carbondale  CO  81623


Brainpop.Com
71 West 23rd St., 17th Fl.
New York  NY  10010


Brightpoint Health
71 West 23rd St., 8th Floor
New York  NY  10010


Cableorganizer
6250 NW 27th Way
Ft. Lauderdale  FL  33309


Cambridge Sound Management Inc.
404 Wyman Street
Waltham  MA  02451


Candy.com
70 Finnell Drive #14
Weymouth  MA  02188

Car-Part.com
1980 Highland Pike
Ft. Wright  KY  41017


Carval Investors, LLC
9320 Excelsior Blvd. 7th Floor
Hopkins  MN  55343


Casa McGregor
km 4, Carr Sur Via Panamericana
Managua
Nicaragua


CatEye America
2825 Wilderness Place, Suite 1200
Boulder  CO  80301


CDG Co., Ltd.
Takarazuka Bldg. 13th Fl.
Yurakucho Chiyoda-ku 100-0006
Japan


Ceridian
3311 E. Old Shakopee Road
Minneapolis  MN  55425


Cisco WebEx, LLC
16720 Collections Center Drive
Chicago  IL  60693


City of Mountain View FAAP
PO Box 742282
Los Angeles  CA  90074

```
Clayton Porscha
c/o Sweeney, Mason, Wilson & Bosomworth
938 University Avenue, Suite 104 C
Los Gatos  CA  95032


CoastTec Powered by CBM
9635 Loberty Road
Randallstown  MD  21133


Concept Amenities
81-85 Malcolm Road
Braeside VIC 3195
Australia


Consolidated Communications
PO Box 619969
Roseville  CA  95661


Corptax
2100 East Lake Cook Road, Suite 800
Buffalo Grove  IL  60089


Corr Jensen
100 Crosby Street, Suite 604
New York  NY  10012


Coyne PR
5 Wood Hollow Road
Parsippany  NJ  07054


Daniel Steuer
161 Hopper Lane
Folsom  CA  95630
```

Datanyze, Inc.
4 West 4th Avenue, Suite 501
San Mateo  CA  94402


Derive Systems
4150 Church Street, Suite 1024
Sanford  FL  32771


Digital Networks Australia
Unit 13, 8 Campbell Street
Artarmon  2064
Australia


Discover with Dr. Cool
993 Siskiyou Blvd. Suite 1
Ashland  OR  97520


DocDoc.com
64 Boat Quay
Singapore 49852
Singapore


Dreamer Media
1810 Berkeley Street, Suite E
Santa Monica  CA  90404


Dunstans Construction Group Pty Ltd
12 Newman Street
Wangaratta 3677
Australia


Earp Bros. Tiles
26 Darling Street
Carrington 2294
Australia

Ednetics
971 S. Clearwater Loop
Post Falls  ID  83815


Enjoy Life Foods
8770 W. Bryn Mawr Ave., Ste. 1100
Chicago  IL  60631


Epsilon Economics LLC
111 S. Wacker Drive #5001
Chicago  IL  60606


Euroquip
109 Bolt Road
Newlson 7011
New Zealand


Evan Kenji Sasaki
2367 Wyandotte Street
Mountain View  CA  94043


Evisions
440 Exchange St., Ste 200
Irvine  CA  92602


Extron Australia
10 Hampton Road
Keswick  SA  5035
Australia


Fairlife
999 W. Randall
Coopersville MI  49404

Federal Equipment Company
8200 Bessemer Avenue
Cleveland  OH  44127


FedEx
PO Box 7221
Pasadena  CA  91109


FXR Factory Racing Inc.
35 Haliburton Bay
Winnipeg MB R3K 1E1
Canada


Galaxy Gaming
6767 Spencer Street
Las Vegas  NV  89119


Gemseal Products
3700 Arco Corporate Drive, Suite 425
Charlotte  NC  28273


Generator Systems
2246 Port Centre
Medina  OH  44256


Gerard Ketuma
210 Frances Lane
Carbondale  IL  62901


Gibney, Anthony and Flaherty, LLP
665 Fifth Avenue
New York  NY  10022

GMA Garnet Group
1800 Hughes Landing Blvd., #350
The Woodlands TX   77380


Google Inc.
Dept. 33654
PO Box 39000
San Francisco   CA   94139


Greenberg, Inc.
1250 53rd Street
Emeryville   CA   94608


Greenhouse Software
110 5th Avenue, 3rd Floor
New York   NY   10011


Gurus Solutions USA, Inc.
PO Box 55008
Boston   MA   02205


Hagerman & Company
505 Sunset Court
PO Box 139
Mt. Zion   IL   62549


Huish Outdoors
1540 2200 West
Salt Lake City   UT   84116


iCanvas.com
8280 Austin Avenue
Morton Grove   IL   60053

In-O-Vate Dryer Products
810 Saturn Street Suite 20
Jupiter  FL  33477


Infinisource
15 East Washington Street
Coldwater  Michigan 49036


InfoWars
PO Box 19549
Austin  TX  78760


Innovative Interfaces Inc.
5850 Shellmound Way
Emeryville  CA  94608


Interstate Group LLC
3800 Airport Road
Nampa  ID  83687


Intuit, Inc.
2700 Marine Way
Mountain View  CA  94043


ITS Technologies & Logistics
8205 S. Cass Avenue, Suite 115
Darien  IL  60561


J.S. Held, LLC
50 Jerico Quadrangle, Suite 117
Jericho  NY  11753

Jackie Antig
2345 Bush Street #3
San Francisco   CA   94115


Jacobi Carbons AG
Rheinweg 5
8200 Schaffhausen
Switzerland


Jerrehian Capital
23709 Ravensbury Avenue
Los Altos Hills   CA   94024


JV Lewis Enterprises, Inc.
PO Box 612587
San Jose   CA   95161


Kateeva
7015 Gateway Boulevard
Newark   CA   94560


Lefroy Books
1828 Troutman Street
Ridgewood NY   11385


Liners Direct
401 S. Gary Avenue, Suite A
Roselle IL   60172


Linkedin Corp.
62228 Collections Center Drive
Chicago   IL   60693

MatTEK
11 Pullman PL
Emu Plains 2750
Australia


McKissock
218 Liberty Street
Warren  PA  16365


Media One
11752 Markon Drive
Garden Grove  CA  92841


Megha Manohar
12022 Titus Avenue
Saratoga  CA  95070


Miansai
1800 N. Miami Avenue
Miami  FL  33136


Mind Gym (USA) Inc.
160 Kensington High Street
London W8 7RG
United Kingdom


MyStartupCFO
8765 Stockard Drive, Unit 101
Frisco  TX  75034


Natural Resource Governance
80 Broad Street, Suite 1801
New York  NY  10004

NeoNova Network Services
1201 Edwards Mill Road #102
Raleigh  NC  27607


Netskope
270 3rd Street
Los Altos  CA  94022


NeuroNexus Technologies
655 Fairfield Court, Suite 100
Ann Arbor  MI  48108


Nido Group
100 Road 866
Toa Baja
Puerto Rico  00949


Norbar
36400 Biltmore Place
Willoughby  OH  44094


Norscot Group
1000 West Donges Bay Road
Mequon  WI  53092


Novagard Solutions
5109 Hamilton Avenue
Cleveland  OH  44114


Nulo, Inc.
PO Box 161565
Austin  TX  78716

Nuseed America
11901 S. Austin Avenue
Alsip IL  60803


NWN Corporation
271 Waverly Oaks Road #302
Waltham  MA  02452


On Center Software
8708 Technology Forest Place #175
The Woodlands TX  77381


Oracle America, Inc.
2955 Campus Drive, Suite 100
San Mateo  CA  94403


Outreach Health Services
251 West Renner Parkway
Richardson  TX  75080


Palnet
100 N. Black Horse Pike
Williamstown  NJ  08094


Payment Advantage
26 Marine Pde.
Southport 4215
Australia


Polsinelli PC
PO Box 878681
Kansas City  MO  64187

Polygon
15 Sharpners Pond Rd. Bldg F
North Andover  MA  01845


POS Supply Solutions
30 Logbridge Rd. Bldg. 200. Ste. 203
Middleton  MA  01949


Power Monitors
800 N. Main Street
Mt. Crawford  VA  22841


Professional Cleaning Service Contractor
2422 Loment Place
San Jose  CA  95124


Promedics Nutraceutical Ltd.
Box 155 - 2498 2498 W. 41st Avenue
Vancouver BC V6M 2A7
Canada


Psyonix
401 W. A Street
San Diego  CA  92101


Pulse Secure, LLC
2700 Zanker Rd. #200
San Jose  CA  95134


Purity Zinc Metals
498 International Blvd.
Clarksville  TN  37040

Rain King Software Inc.
7700 Old Georgetown Road 5th Floor
Bethesda  MD  20814


Red Sky Solutions, LLC
11925 700 East
Draper  UT  84020


Rimon PC
One Embarcadero Center, Suite 400
San Francisco  CA  94111


Rimports, Inc.
201 E. Bay Blvd,
Provo  UT  84606


RISI
4 Alfred Circle
Bedford  MA 01730


Rolland Safe & Lock Company
3140 Towerwood Drive
Dallas  TX  75234


Sagitec Solutions LLC
422 County Road D East
Saint Paul  MN  55117


Salesforce.com
PO Box 203141
Dallas  TX  75320

San Diego Sign Company (WS Display)
5960 Pascal Court
Carlsbad  CA  92008


Sears Hometown and Outlet Stores
5500 Trillium Blvd. Ste. 501
Hoffman Estates  IL  60192


Secret Sushi, Inc.
38478 Birch Street
Newark  CA  94560


Semi
673 S. Milpitas Blvd.
Milpitas  CA  95035


Server Central
111 W. Jackson Blvd. Ste. 1600
Chicago  IL  60604


SHP AS
Graterudveien 2
Drammen 3036
Norway


SignsDirect
1703 S. Veterans Pkwy.
Bloomington  IL  61701


Single O
28B Cranbrook Street
Bottany  NSW 2019
Australia

Stair Lock Pty Ltd.
46 Fullarton Road
Nordwood  SA 5067
Australia


Statcomm. Inc.
939-C San Rafael Avenue
Mountain View  CA  94043


STEMCO LP
300 Industrial Blvd.
Longview  TX  75602


STM Bags
PO Box 7005
Alexandria 2015
Australia


Studco
1700 Boulter Industrial Pkwy.
Webster  NY  14580


Superior Recreational Products, Inc.
1050 Columbia Drive
Carrollton  GA  30117


Sustainable Supply
11586 Colony  Row
Broomfield  CO  80021


Sweeney, Mason, Wilson and Bosomworth
938 University Avenue, Suite 104 C
Los Gatos  CA  95032

System Biosciences
2438 Embarcadero Way
Palo Alto  CA  94303


Temple Educational Support Services
Temple University, Japan Campus 2-8-12
Minami Azabu, Minato-Ku,Tokyo, 1060047
Japan


The A.J. Weller Corporation
PO Box 17566
Shreveport  LA  71138


The Decor Group
2301 Crown Court
Irving  TX  75038


The Duck Store
895 E. 13th Avenue
Eugene  OR  97401


The Hanover Insurance Group
PO Box 580045
Charlotte  NC  28258


The Long and Foster Companies, Inc.
14501 George Carter Way
Chantilly  VA  20151


Ticket City
5912 Balcones Drive
Austin  TX  78731

Tigerspike
600 California Street 11th Floor
San Francisco  CA  94105

TMW Systems, Inc.
6085 Parkland Blvd.
Mayfield Heights  OH  44124

Transport Management Solutions
28 Huntingwood Drive
Huntingwood  2148
Australia

Travelers Insurance
PO Box 1564
Elmira  NY  14902

UPPAbaby
60 Sharp Street
Hingham MA  02021

Valerie Duncker
1226 Gronwall Court
Los Altos  CA  94024

Vela Trtading Technologies
211 East 43rd Street, 5th Fl.
New York  NY  10017

ViaNet Communications
PO Box 390637
Mountain View  CA  94039

Victoria McCracken
2356 Abbeghill Road
Lincoln   CA  95648


VIP Petcare
5813 Skyland Blvd.
Windsor   CA  95492


Wenzel Spine, Inc.
1130 Rutherford, Suite 200
Austin   TX  78753


Westside Wholesale
7765 National Turnpike Suite 140
Louisville   KY  40214


Wilcon
695 River Oaks Pkwy.
San Jose   CA  95134


XPEL
618 W. Sunset Road
San Antonio   TX  78216