John P Byrne    CBN 134412
The ByrneLaw Office
24011 Ventura Blvd., Suite 201
Calabasas, CA 91302-1460
Tel.: 818-593-5520
Fax : 818-593-5522
John.Byrne@byrnelawcorp.com
Attorney for Creditor Shea Center Roseville 1, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ICHARTS, INC.,<br><br>Debtor. | Case No. 18-50958-MEH-7<br><br>Chapter 7<br><br>STIPULATION TO ABANDONMENT OF ESTATE AS TO U.D. ACTION<br><br>Judge: Hon. M. Elaine Hammond |

Creditors Shea Center Roseville 1, LLC (the "Creditor") and Chapter 7 Trustee Fred Hjelmset (the "Trustee") hereby stipulate to an order abandoning any interest by the Trustee in the unlawful detainer action brought in the Superior Court of Placer County by the Creditor (the "U.D. Action"), by and through their respective counsel of record.

1

## RECITALS

1. Debtor Icharts, Inc. ("Debtor") is a party to an office lease at 516 Gibson Drive, Suite 110, Roseville, CA 95678 ("Premises") pursuant to a written Lease. Shea represents it is the owner of the Property and the landlord under the Lease.

2. On March 13, 2018, Shea filed an unlawful detainer action against Debtor in the Superior Court of Placer County, California, Case No. SCV0040525 ("U.D. Action"). A default judgment was entered on April 4, 2018, after which Shea attempted to reclaim possession of the Property.

3. On April 30, 2018, Debtor filed a Voluntary Petition under Chapter 7 of 11 U.S.C. § 101 *et seq.* The Trustee is the Chapter 7 Trustee.

## STIPULATION

**NOW, THEREFORE**, subject to the approval of the Court, Shea and the Trustee hereby stipulate and agree as follows:

A. The Trustee has no objection to Shea pursuing its state court remedies to recover the Premises, has no interest in the Lease, and has no objection to the Court granting relief from the automatic stay on an expedited basis;

///
///
///
///
///
///
///

B. Shea waives any claim to administrative priority for post-petition rent.

Dated: 05-25-18

The ByrneLaw Office

_____
John P. Byrne
Attorney for
Shea Center Roseville 1, LLC

Dated: 5-24-18

FRED HJELMSET
CHAPTER 7 TRUSTEE

_____
By: _____,
For the Chapter 7 Trustee

3
In re ICharts, Inc., Case No. 18-50958-MEH-7
Stipulation of Abandonment by Chapter 7 Trustee