

1  Gregg S. Kleiner (SBN 141311)
   RINCON LAW LLP
2  268 Bush Street, Suite 3335
   San Francisco, CA 94104
3  Tel: 415-672-5991
   Fax: 415-680-1712
4
   gkleiner@rinconlawllp.com
5
6  Counsel for FRED HJELMESET,
   Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: July 24, 2019

*M. Elaine Hammond*

**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

7

8                     UNITED STATES BANKRUPTCY COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11  In re                                    Case No. 18-50958 MEH
                                             Chapter 7
12       ICHARTS, INC.,                      Hon. M. Elaine Hammond

13          Debtor.                          **ORDER COMPELLING COMPLIANCE**
                                             **WITH 11 U.S.C. SECTION 521(a)**
14

15

16       Based on the Trustee's Application for Order Compelling Compliance With 11 U.S.C.

17  § 521(a), the declarations filed in support of the application and other good cause appearing, notice

18  being adequate and proper under the circumstances

19       IT IS HEREBY ORDERED THAT:

20       Pursuant to § 521(a)(3) and (4) of the Bankruptcy Code, by no later than 3 pm, July 31, 2019,

21  the Debtor, through its responsible individual, Seymore Duncker, shall deliver complete copies to

22  the Trustee's counsel the following documents and information:

23            1.    January 2018 through April 2018 bank statements for Avid Bank checking

24       account;

25            2.    January 2018 through April 2018 bank statements for Square 1 money market

26       account;

27            3.    Copies of all invoices paid January 2018 through April 2018;

28  / / /

| | |
|---|---|
| 1 | 4. Balance sheets for the months of August 2017 through April 2018; |
| 2 | 5. Income statements for the months of August 2017 through April 2018; |
| 3 | 6. Accounts receivable aging monthly August 2017 through April 2018; |
| 4 | 7. Accounts payable aging monthly July 2017 through April 2018; |
| 5 | 8. Deferred revenue (balance sheet category) general ledger detail January 2017 |
| 6 | through April 2018; and |
| 7 | 9. Accrued expenses (balance sheet category) general ledger detail January |
| 8 | 2017 through April 2018. |
| 9 | *** END OF ORDER *** |

1

2  iCharts, Inc.
   PO Box 3993
3  Los Altos, CA 94024

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28