

1  Gregg S. Kleiner (SBN 141311)
   RINCON LAW LLP
2  268 Bush Street, Suite 3335
   San Francisco, CA 94104
3  Tel.  415-672-5991
   Fax. 415-680-1712
4  gkleiner@rinconlawllp.com

5  Counsel for
   FRED HJELMESET,
6  Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: February 25, 2020

*M. Elaine Hammond*
_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

7

8                UNITED STATES BANKRUPTCY COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11  In re                                    Case No. 18-50958 MEH
                                             Chapter 7
12    ICHARTS, INC.,                         Hon. M. Elaine Hammond

13          Debtor.                          **ORDER AUTHORIZING SETTLEMENT**
                                             **OF LITIGATION, PURCHASE OF**
14                                           **SOURCE CODE AND GENERAL**
                                             **RELEASE**
15

16

17        Upon consideration of the (i) Motion for Order Approving Agreement to Settle Litigation,

18  Purchase Source Code and General Release ("Motion") [Docket 40], filed by Fred Hjelmeset,

19  Chapter 7 Trustee of the above-captioned Debtor; (ii) the Trustee's Request for Entry of Order

20  Approving the Motion, and (iii) the Declaration of Gregg S. Kleiner in support thereof, notice of the

21  Application being appropriate under the circumstances and good cause appearing

22        IT IS HEREBY ORDERED THAT:

23        1.     The Motion is granted in all respects in accordance with the terms of this Order.  The

24  Settlement with the Defendant is in the best interest of the estate and meets the standards of *Martin*

25  *v. Kane (In re A&C Properties)*, 784 F.2d 1377, 1381 (9th Cir. 1986); *cert. den. sub nom Martin v.*

26  *Robinson,* 479 U.S. 854 (1986);

27        2.     The Trustee is authorized to enter into the "Agreement to Settle Litigation Claim,

28  Purchase Source Code and General Release," ("Agreement").  A copy of the Agreement is attached

1   as Exhibit A to the Declaration of Fred Hjelmeset in Support of Motion for Order Approving

2   Agreement to Settle Litigation, Purchase Source Code and General Release (Docket 40-1).  The

3   Agreement provides that the Buyer (as defined in the Agreement) may assign his interest in the

4   Source Code (as defined in the Agreement) to another party.  The Buyer has assigned all of his

5   interest in the Source Code to "ichasoco, LLC"; and

6           3.      The Trustee is authorized to sign all documents and take any and all actions necessary

7   to consummate the settlement;

8                                   **END OF ORDER**

1                         **\*\*COURT SERVICE LIST\*\***

2   **<u>NO MAIL SERVICE REQUIRED</u>**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28