FRED HJELMESET
P.O. Box 4188
Mountain View, CA 94040
(650) 386-5634
fhtrustee@gmail.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

ICHARTS, INC.,

        Debtor.

Case No. 18-50958 MEH

Chapter 7

## TRUSTEE'S REPORT OF SALE

COMES NOW, Fred Hjelmeset, trustee of the above-stated bankruptcy estate, and reports that pursuant to the order of this Court, Doc#44, authorizing the sale of the estate's interest in certain Source Code (as described in more detail in the Notice filed herein as Doc#41) to Seymore Duncker, the sale has been completed.

The amount received by the estate is **$1,000.00**.

DATED:    This 3rd day of March, 2020.

                                                  /s/ Fred Hjelmeset
                                           Fred Hjelmeset, Chapter 7 Trustee