**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

In re: ICHARTS, INC. § Case No. 18-50958
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/30/2018. The undersigned trustee was appointed on 04/30/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $      18,797.02

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $      18,797.02 |

   The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/27/2018 and the deadline for filing governmental claims was 10/27/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,629.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,299.66, for a total compensation of $1,299.66[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $1.31 for total expenses of $1.31[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/09/2020     By: /s/ Fred Hjelmeset
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A  
Page: 1

Case No.: 18-50958  
Case Name: ICHARTS, INC.  

Trustee Name: (001090) Fred Hjelmeset  
Date Filed (f) or Converted (c): 04/30/2018 (f)  
§ 341(a) Meeting Date: 05/22/2018  

For Period Ending: 04/09/2020  
Claims Bar Date: 08/27/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Possible avoidable transfer to V. Duncker<br><br>Demand for return of transfer made; avoidance action filed, AP No. 19-05011; Order authorizing compromise and purchase of source code, Doc#44; Report re: Transaction, Doc#46 | 60,000.00 | 60,000.00 | | 15,000.00 | FA |
| 2 | Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Square One Bank, checking 9053 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Security deposit with Square 1 Bank against credit card debt<br><br>Motion for Relief from stay filed by secured lender bank, Doc#25, to set off account 4288 against bank's claim; Motion granted, Doc#34 | 15,000.00 | 0.00 | | 0.00 | FA |
| 5 | A/R 90 days old or less. Doubtful/Uncollectible accounts | 0.00 | 0.00 | | 0.00 | FA |
| 6 | A/R Over 90 days old.Doubtful/Uncollectible accounts | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 10 laptop computers. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Office space at 516 Gibson Dr., Roseville, CA, leasehold, Valuation Method: liquidation<br><br>Lease subject to pending UD action; Stipulation re lease and abandoning UD action, Doc#18 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 8 patents & computer code<br><br>Liens terminated, see Doc#40-1; Order authorizing compromise and purchase of source code, Doc#44; Report of Sale, Doc#45 | 0.00 | 100.00 | | 1,000.00 | FA |
| 10 | Domain name www.icharts.net | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Goodwill, intangibles, lists, others | 50,000.00 | 0.00 | | 0.00 | FA |
| 12 | TriNet refund (u) | 2,797.02 | 2,797.02 | | 2,797.02 | FA |
| 12 | **Assets Totals (Excluding unknown values)** | **$127,797.02** | **$62,897.02** | | **$18,797.02** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 18-50958  
**Case Name:** ICHARTS, INC.

**Trustee Name:** (001090) Fred Hjelmeset  
**Date Filed (f) or Converted (c):** 04/30/2018 (f)  
**§ 341(a) Meeting Date:** 05/22/2018

**For Period Ending:** 04/09/2020

**Claims Bar Date:** 08/27/2018

**Major Activities Affecting Case Closing:**

    12/9/19 Negotiate settlement of AP  
    10/14/19 Request documents from Sears  
    9/30/19 Extension for production by PWB  
    9/12/19 Subpoenas to Square One and Avid Bank  
    8/5/19 Subpoena Pacific Western Bank for documents  
    7/24/19 Apply for 521 order for Debtor to produce documents  
    5/7/19 Settlement negotiations pending  
    2/27/19 Avoidance action against V. Duncker filed, AP No. 19-05011  
    12/18/18 Review records re Duncker transactions and transfers; research legal issues  
    9/28/18 Investigate possible avoidable transfer to V. Duncker; investigate financial affairs re Sears payments to Debtor  
    7/2/18 Review relief from stay motion  
    6/12/18 Employ accountant  
    5/7/18 Investigate assets, transfers

**Initial Projected Date Of Final Report (TFR):** 12/27/2019     **Current Projected Date Of Final Report (TFR):** 07/15/2020

04/09/2020  
Date

/s/Fred Hjelmeset  
Fred Hjelmeset

# Form 2
## Cash Receipts And Disbursements Record

**Exhibit B**

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 18-50958 | **Trustee Name:** | Fred Hjelmeset (001090) | |
| **Case Name:** | ICHARTS, INC. | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***6861 | **Account #:** | ******1238 Checking | |
| **For Period Ending:** | 04/09/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/06/20 | {12} | TriNet HR III, Inc | Refund check | 1229-000 | 2,797.02 | | 2,797.02 |
| 02/05/20 | {1} | Bankruptcy estate of iCharts, Inc. | WIRE FROM VALERIE DUNCKER | 1141-000 | 3,500.00 | | 6,297.02 |
| 03/02/20 | | Valerie Duncker | WIRE FROM VALERIE DUNCKER | | 12,500.00 | | 18,797.02 |
| | {9} | | Sale of SourceCode $1,000.00 | 1129-000 | | | |
| | {1} | | Preference $11,500.00 | 1141-000 | | | |
| | | **COLUMN TOTALS** | | | 18,797.02 | 0.00 | $18,797.02 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 18,797.02 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$18,797.02** | **$0.00** | |

Case: 18-50958    Doc# 50    Filed: 05/26/20    Entered: 05/26/20 11:27:05    Page 5 of 15

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 18-50958 |
| **Case Name:** | ICHARTS, INC. |
| **Taxpayer ID #:** | **-***6861 |
| **For Period Ending:** | 04/09/2020 |

| | |
|---|---|
| **Trustee Name:** | Fred Hjelmeset (001090) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******1238 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $18,797.02 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $18,797.02 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1238 Checking | $18,797.02 | $0.00 | $18,797.02 |
| | $18,797.02 | $0.00 | $18,797.02 |

| | |
|---|---|
| 04/09/2020 | /s/Fred Hjelmeset |
| Date | Fred Hjelmeset |

# Exhibit C
## Claims Distribution Register

**Case:** 18-50958 ICHARTS, INC.

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|

**Admin Ch. 7 Claims:**

| | 10/15/19 | 200 | Clerk of the United States Bankruptcy Court<br>280 South First Street, Room 3035<br>San Jose, CA 95113-3099<br><2700-00 Clerk of the Court Fees><br>Filing fees for Adv. Proc. No.19-05011 -- Hjelmeset v. Duncker | $ 350.00 | $ 350.00 | $ 0.00 | $ 350.00 | $ 172.98 |
| | 04/09/20 | 200 | Kokjer Pierotti Maiocco & Duck LLP<br>333 Pine Street, 5th Floor<br>San Francisco, CA 94104<br><3410-00 Accountant for Trustee Fees (Other Firm)><br>Final Application for Compensation, Doc#48 | $ 12,989.50 | $ 12,989.50 | $ 0.00 | $ 12,989.50 | $ 6,419.68 |
| | 04/09/20 | 200 | Kokjer Pierotti Maiocco & Duck LLP<br>333 Pine Street, 5th Floor<br>San Francisco, CA 94104<br><3420-00 Accountant for Trustee Expenses (Other Firm)><br>Final Application for Compensation, Doc#48 | $ 109.19 | $ 109.19 | $ 0.00 | $ 109.19 | $ 53.96 |
| | 03/31/20 | 200 | Rincon Law LLP<br>200 California Street, Suite 400<br>San Francisco, CA 94111<br><3210-00 Attorney for Trustee Fees (Other Firm)><br>Final Application for Compensation, Doc#47 | $ 19,740.00 | $ 19,740.00 | $ 0.00 | $ 19,740.00 | $ 9,755.91 |
| | 03/31/20 | 200 | Rincon Law LLP<br>200 California Street, Suite 400<br>San Francisco, CA 94111<br><3220-00 Attorney for Trustee Expenses (Other Firm) ><br>Final Application for Compensation, Doc#47 | $ 361.91 | $ 361.91 | $ 0.00 | $ 361.91 | $ 178.86 |
| | 06/25/19 | 200 | Franchise Tax Board (ADMINISTRATIVE)<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952<br><2820-00 Other State or Local Taxes (post-petition)> | $ 1,850.72 | $ 1,850.72 | $ 0.00 | $ 1,850.72 | $ 914.66 |
| | 03/16/20 | 200 | Fred Hjelmeset<br>P.O. Box 4188<br>Mountain View, CA 94040<br><2100-00 Trustee Compensation> | $ 2,629.70 | $ 2,629.70 | $ 0.00 | $ 2,629.70 | $ 1,299.66 |
| | 04/09/20 | 200 | Fred Hjelmeset<br>P.O. Box 4188<br>Mountain View, CA 94040<br><2200-00 Trustee Expenses> | $ 2.65 | $ 2.65 | $ 0.00 | $ 2.65 | $ 1.31 |
| | | | Total for Priority 200:    49.42205% Paid | $ 38,033.67 | $ 38,033.67 | $ 0.00 | $ 38,033.67 | $ 18,797.02 |
| | | | Total for Admin Ch. 7 Claims: | $ 38,033.67 | $ 38,033.67 | $ 0.00 | $ 38,033.67 | $ 18,797.02 |

# Exhibit C
# Claims Distribution Register

**Case:    18-50958 ICHARTS, INC.**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 3S | 06/06/18 | 100 | DirectCapital Corporation<br>156 Commerce Way<br>Portsmouth, NH 03801<br><4210-00 Personal Property & Intangibles - Consensual Liens><br>Secured in equipment not administered by the estate | $ 2,500.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 11S | 06/22/18 | 100 | Pacific Western Bank Attn: Megan Blunt<br>406 Blackwell Street, Suite 240<br>Durham, NC 27701<br><4210-00 Personal Property & Intangibles - Consensual Liens><br>Secured in money deposit not administered by estate | $ 15,023.94 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 100:    0% Paid | $ 17,523.94 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Secured Claims: | $ 17,523.94 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Claims:** | | | | | | | | |
| 1P | 05/08/18 | 510 | Jeff James<br>7007 Chalet Way<br>Pilot Hill, CA 95664<br><5300-00 Wages - § 507(a)(4)> | $ 12,850.00 | $ 12,850.00 | $ 0.00 | $ 12,850.00 | $ 0.00 |
| 19P | 08/24/18 | 510 | Daniel Steuer<br>161 Hopper Lane<br>Folsom, CA 95630<br><5300-00 Wages - § 507(a)(4)> | $ 12,850.00 | $ 12,850.00 | $ 0.00 | $ 12,850.00 | $ 0.00 |
| | | | Total for Priority 510:    0% Paid | $ 25,700.00 | $ 25,700.00 | $ 0.00 | $ 25,700.00 | $ 0.00 |
| 2P | 06/05/18 | 570 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 5,605.72 | $ 5,605.72 | $ 0.00 | $ 5,605.72 | $ 0.00 |
| 8 | 06/14/18 | 570 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 829.28 | $ 829.28 | $ 0.00 | $ 829.28 | $ 0.00 |
| | | | Total for Priority 570:    0% Paid | $ 6,435.00 | $ 6,435.00 | $ 0.00 | $ 6,435.00 | $ 0.00 |
| | | | Total for Priority Claims: | $ 32,135.00 | $ 32,135.00 | $ 0.00 | $ 32,135.00 | $ 0.00 |

| Claim# | Date | Pri | Claimant / UTC | / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|---|

**Unsecured Claims:**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1U | 05/08/18 | 610 | Jeff James<br>7007 Chalet Way<br>Pilot Hill, CA 95664<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 46,785.61 | $ 46,785.61 | $ 0.00 | $ 46,785.61 | $ 0.00 |
| 2U | 06/05/18 | 610 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 2,150.20 | $ 2,150.20 | $ 0.00 | $ 2,150.20 | $ 0.00 |
| 3U | 06/06/18 | 610 | DirectCapital Corporation<br>156 Commerce Way<br>Portsmouth, NH 03801<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 13,708.80 | $ 13,708.80 | $ 0.00 | $ 13,708.80 | $ 0.00 |
| 4 | 06/08/18 | 610 | Galaxy Gaming c/o Harry C Hagerty, CFO<br>6767 Spencer Street<br>Las Vegas, NV 89119<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 7,000.00 | $ 7,000.00 | $ 0.00 | $ 7,000.00 | $ 0.00 |
| 5 | 06/11/18 | 610 | Studco Building Systems US LLC<br>1700 Boulter Industrial Pkwy.<br>Webster, NY 14580<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 16,000.00 | $ 16,000.00 | $ 0.00 | $ 16,000.00 | $ 0.00 |
| 6 | 06/12/18 | 610 | University of Oregon Bookstore, Inc.<br>PO Box 3176<br>Eugene, OR 97403<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 14,000.00 | $ 14,000.00 | $ 0.00 | $ 14,000.00 | $ 0.00 |
| 7 | 06/12/18 | 610 | JMW Sales, Inc. c/o Brian Westerberg<br>340 A Street, Unit 1<br>Ashland, OR 97520<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 4,300.00 | $ 4,300.00 | $ 0.00 | $ 4,300.00 | $ 0.00 |
| 9 | 06/18/18 | 610 | NeoNova Network Services<br>1201 Edwards Mill Road #102<br>Raleigh, NC 27607<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 4,200.00 | $ 4,200.00 | $ 0.00 | $ 4,200.00 | $ 0.00 |
| 10 | 06/21/18 | 610 | Sweeney, Mason, Wilson & Bosomworth<br>983 University Avenue, Suite 104C<br>Los Gatos, CA 95032<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 16,840.16 | $ 16,840.16 | $ 0.00 | $ 16,840.16 | $ 0.00 |

# Exhibit C
# Claims Distribution Register

**Case:　18-50958 ICHARTS, INC.**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 11U | 06/22/18 | 610 | Pacific Western Bank Attn: Megan Blunt<br>406 Blackwell Street, Suite 240<br>Durham, NC 27701<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 141.38 | $ 141.38 | $ 0.00 | $ 141.38 | $ 0.00 |
| 12 | 06/25/18 | 610 | Vela Trading Technologies<br>211 East 43rd Street, 5th Fl.<br>New York, NY 10017<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 5,225.00 | $ 5,225.00 | $ 0.00 | $ 5,225.00 | $ 0.00 |
| 13 | 07/02/18 | 610 | Arch Painting, Inc.<br>One Presidential Way, Suite 109<br>Woburn, MA 01801<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 7,580.04 | $ 7,580.04 | $ 0.00 | $ 7,580.04 | $ 0.00 |
| 14 | 07/03/18 | 610 | Consolidated Communications<br>121 S. 17th St.<br>Mattoon, IL 61938<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 18,175.58 | $ 18,175.58 | $ 0.00 | $ 18,175.58 | $ 0.00 |
| 15 | 07/03/18 | 610 | Polsinelli PC Attn: Accounting Dept/Bankruptcy<br>900 W. 48th Pl. #900<br>Kansas City, MO 64112<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 23,450.73 | $ 23,450.73 | $ 0.00 | $ 23,450.73 | $ 0.00 |
| 16 | 07/23/18 | 610 | Ednetics<br>971 S. Clearwater Loop<br>Post Falls, ID 83815<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 9,876.71 | $ 9,876.71 | $ 0.00 | $ 9,876.71 | $ 0.00 |
| 17-2 | 08/09/18 | 610 | ViaNet Communications<br>PO Box 390637<br>Mountain View, CA 94039<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 5,950.00 | $ 5,950.00 | $ 0.00 | $ 5,950.00 | $ 0.00 |
| 18 | 08/09/18 | 610 | Shea Center Roseville 1, LLCc/o John P. Byrne, Esq. The ByrneLaw Office<br>24011 Ventura Blvd., Suite 201<br>Calabasas, CA 91302<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 87,296.88 | $ 87,296.88 | $ 0.00 | $ 87,296.88 | $ 0.00 |
| 19U | 08/24/18 | 610 | Daniel Steuer<br>161 Hopper Lane<br>Folsom, CA 95630<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 23,485.82 | $ 23,485.82 | $ 0.00 | $ 23,485.82 | $ 0.00 |

# Exhibit C
## Claims Distribution Register

Case: 18-50958 ICHARTS, INC.

| Claim# | Date | Pri | Claimant / UTC | / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|---|
| 20 | 08/27/18 | 610 | Oracle America, Inc. c/o Shawn Christianson, Esq. Buchalter, A Professional Corporation 55 Second Street, 17th Floor San Francisco, CA 94105 | | $ 25,299.40 | $ 25,299.40 | $ 0.00 | $ 25,299.40 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | | |
| 21-2 | 08/27/18 | 610 | Sears Hometown and Outlet Stores, Inc. 5500 Trillium Blvd., Suite 501 Hoffman Estates, IL 06192 | | $ 1,308,198.69 | $ 1,308,198.69 | $ 0.00 | $ 1,308,198.69 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | | |
| | | | Total for Priority 610: 0% Paid | | $ 1,639,665.00 | $ 1,639,665.00 | $ 0.00 | $ 1,639,665.00 | $ 0.00 |
| | | | | Total for Unsecured Claims: | $ 1,639,665.00 | $ 1,639,665.00 | $ 0.00 | $ 1,639,665.00 | $ 0.00 |
| | | | | Total for Case: | $ 1,727,357.61 | $ 1,709,833.67 | $ 0.00 | $ 1,709,833.67 | $ 18,797.02 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-50958  
Case Name: ICHARTS, INC.  
Trustee Name: Fred Hjelmeset

**Balance on hand:** $ 18,797.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 11S | Pacific Western Bank Attn: Megan Blunt | 15,023.94 | 0.00 | 0.00 | 0.00 |
| 3S | DirectCapital Corporation | 2,500.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00  
Remaining balance: $ 18,797.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Fred Hjelmeset | 2,629.70 | 0.00 | 1,299.66 |
| Trustee, Expenses - Fred Hjelmeset | 2.65 | 0.00 | 1.31 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 172.98 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board (ADMINISTRATIVE) | 1,850.72 | 0.00 | 914.66 |
| Attorney for Trustee Fees (Other Firm) - Rincon Law LLP | 19,740.00 | 0.00 | 9,755.91 |
| Attorney for Trustee Expenses (Other Firm) - Rincon Law LLP | 361.91 | 0.00 | 178.86 |
| Accountant for Trustee Fees (Other Firm) - Kokjer Pierotti Maiocco & Duck LLP | 12,989.50 | 0.00 | 6,419.68 |
| Accountant for Trustee Expenses (Other Firm) - Kokjer Pierotti Maiocco & Duck LLP | 109.19 | 0.00 | 53.96 |

Total to be paid for chapter 7 administrative expenses: $ 18,797.02  
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

UST Form 101-7-TFR(5/1/2011)

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $32,135.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Jeff James | 12,850.00 | 0.00 | 0.00 |
| 2P | Internal Revenue Service | 5,605.72 | 0.00 | 0.00 |
| 8 | FRANCHISE TAX BOARD | 829.28 | 0.00 | 0.00 |
| 19P | Daniel Steuer | 12,850.00 | 0.00 | 0.00 |

|  | Total to be paid for priority claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,639,665.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Jeff James | 46,785.61 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 2,150.20 | 0.00 | 0.00 |
| 3U | DirectCapital Corporation | 13,708.80 | 0.00 | 0.00 |
| 4 | Galaxy Gaming c/o Harry C Hagerty, CFO | 7,000.00 | 0.00 | 0.00 |
| 5 | Studco Building Systems US LLC | 16,000.00 | 0.00 | 0.00 |
| 6 | University of Oregon Bookstore, Inc. | 14,000.00 | 0.00 | 0.00 |
| 7 | JMW Sales, Inc. c/o Brian Westerberg | 4,300.00 | 0.00 | 0.00 |
| 9 | NeoNova Network Services | 4,200.00 | 0.00 | 0.00 |
| 10 | Sweeney, Mason, Wilson & Bosomworth | 16,840.16 | 0.00 | 0.00 |
| 11U | Pacific Western Bank Attn: Megan Blunt | 141.38 | 0.00 | 0.00 |
| 12 | Vela Trading Technologies | 5,225.00 | 0.00 | 0.00 |
| 13 | Arch Painting, Inc. | 7,580.04 | 0.00 | 0.00 |
| 14 | Consolidated Communications | 18,175.58 | 0.00 | 0.00 |
| 15 | Polsinelli PC Attn: Accounting Dept/Bankruptcy | 23,450.73 | 0.00 | 0.00 |
| 16 | Ednetics | 9,876.71 | 0.00 | 0.00 |
| 17-2 | ViaNet Communications | 5,950.00 | 0.00 | 0.00 |
| 18 | Shea Center Roseville 1, LLCc/o John P. Byrne, Esq. The ByrneLaw Office | 87,296.88 | 0.00 | 0.00 |
| 19U | Daniel Steuer | 23,485.82 | 0.00 | 0.00 |
| 20 | Oracle America, Inc.c/o Shawn Christianson, Esq. Buchalter, A Professional Corporation | 25,299.40 | 0.00 | 0.00 |
| 21-2 | Sears Hometown and Outlet Stores, Inc. | 1,308,198.69 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**