**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

In re: ICHARTS, INC. § Case No. 18-50958
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Fred Hjelmeset, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $65,000.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $18,797.02 | | |

3) Total gross receipts of $18,797.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $18,797.02 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $404,222.00 | $17,523.94 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $38,033.67 | $38,033.67 | $18,797.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $32,135.00 | $32,135.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,479,944.00 | $1,639,665.00 | $1,639,665.00 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,884,166.00 | $1,727,357.61 | $1,709,833.67 | $18,797.02 |

4) This case was originally filed under chapter 7 on 04/30/2018. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/20/2020         By: /s/ Fred Hjelmeset
                                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 8 patents & computer code | 1129-000 | $1,000.00 |
| TriNet refund | 1229-000 | $2,797.02 |
| Possible avoidable transfer to V. Duncker | 1141-000 | $15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$18,797.02** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | DirectCapital Corporation | 4210-000 | $4,022.00 | $2,500.00 | $0.00 | $0.00 |
| 11S | Pacific Western Bank Attn: Megan Blunt | 4210-000 | NA | $15,023.94 | $0.00 | $0.00 |
| N/F | CMF- Consulting Managment & Finance AG | 4110-000 | $115,200.00 | NA | NA | NA |
| N/F | Felix Regehr Vermoegensverwaltung Gmbh | 4110-000 | $30,400.00 | NA | NA | NA |
| N/F | Square1 Bank | 4110-000 | $15,000.00 | NA | NA | NA |
| N/F | Valerie Duncker | 4110-000 | $9,200.00 | NA | NA | NA |
| N/F | Wetterstein Capital GmbH | 4110-000 | $230,400.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$404,222.00** | **$17,523.94** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Fred Hjelmeset | 2100-000 | NA | $2,629.70 | $2,629.70 | $1,299.66 |
| Trustee, Expenses - Fred Hjelmeset | 2200-000 | NA | $2.65 | $2.65 | $1.31 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $172.98 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board (ADMINISTRATIVE) | 2820-000 | NA | $1,850.72 | $1,850.72 | $914.66 |
| Attorney for Trustee Fees (Other Firm) - Rincon Law LLP | 3210-000 | NA | $19,740.00 | $19,740.00 | $9,755.91 |
| Attorney for Trustee Expenses (Other Firm) - Rincon Law LLP | 3220-000 | NA | $361.91 | $361.91 | $178.86 |
| Accountant for Trustee Fees (Other Firm) - Kokjer Pierotti Maiocco & Duck LLP | 3410-000 | NA | $12,989.50 | $12,989.50 | $6,419.68 |
| Accountant for Trustee Expenses (Other Firm) - Kokjer Pierotti Maiocco & Duck LLP | 3420-000 | NA | $109.19 | $109.19 | $53.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $38,033.67 | $38,033.67 | $18,797.02 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Jeff James | 5300-000 | NA | $12,850.00 | $12,850.00 | $0.00 |
| 2P | Internal Revenue Service | 5800-000 | NA | $5,605.72 | $5,605.72 | $0.00 |
| 8 | FRANCHISE TAX BOARD | 5800-000 | NA | $829.28 | $829.28 | $0.00 |
| 19P | Daniel Steuer | 5300-000 | $0.00 | $12,850.00 | $12,850.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $32,135.00 | $32,135.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Jeff James | 7100-000 | NA | $46,785.61 | $46,785.61 | $0.00 |
| 2U | Internal Revenue Service | 7100-000 | NA | $2,150.20 | $2,150.20 | $0.00 |
| 3U | DirectCapital Corporation | 7100-000 | NA | $13,708.80 | $13,708.80 | $0.00 |
| 4 | Galaxy Gaming c/o Harry C Hagerty, CFO | 7100-000 | $7,585.00 | $7,000.00 | $7,000.00 | $0.00 |
| 5 | Studco Building Systems US LLC | 7100-000 | $13,300.00 | $16,000.00 | $16,000.00 | $0.00 |
| 6 | University of Oregon Bookstore, Inc. | 7100-000 | NA | $14,000.00 | $14,000.00 | $0.00 |
| 7 | JMW Sales, Inc. c/o Brian Westerberg | 7100-000 | NA | $4,300.00 | $4,300.00 | $0.00 |
| 9 | NeoNova Network Services | 7100-000 | $3,629.00 | $4,200.00 | $4,200.00 | $0.00 |
| 10 | Sweeney, Mason, Wilson & Bosomworth | 7100-000 | $15,376.00 | $16,840.16 | $16,840.16 | $0.00 |
| 11U | Pacific Western Bank Attn: Megan Blunt | 7100-000 | NA | $141.38 | $141.38 | $0.00 |
| 12 | Vela Trading Technologies | 7100-000 | $5,232.00 | $5,225.00 | $5,225.00 | $0.00 |
| 13 | Arch Painting, Inc. | 7100-000 | $0.00 | $7,580.04 | $7,580.04 | $0.00 |
| 14 | Consolidated Communications | 7100-000 | $18,175.00 | $18,175.58 | $18,175.58 | $0.00 |
| 15 | Polsinelli PC Attn: Accounting Dept/Bankruptcy | 7100-000 | $23,450.00 | $23,450.73 | $23,450.73 | $0.00 |
| 16 | Ednetics | 7100-000 | $9,758.00 | $9,876.71 | $9,876.71 | $0.00 |
| 17-2 | ViaNet Communications | 7100-000 | NA | $5,950.00 | $5,950.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | Shea Center Roseville 1, LLCc/o John P. Byrne, Esq. The ByrneLaw Office | 7100-000 | $54,000.00 | $87,296.88 | $87,296.88 | $0.00 |
| 19U | Daniel Steuer | 7100-000 | $0.00 | $23,485.82 | $23,485.82 | $0.00 |
| 20 | Oracle America, Inc.c/o Shawn Christianson, Esq. Buchalter, A Professional Corporation | 7100-000 | $15,817.00 | $25,299.40 | $25,299.40 | $0.00 |
| 21-2 | Sears Hometown and Outlet Stores, Inc. | 7100-000 | $376,373.00 | $1,308,198.69 | $1,308,198.69 | $0.00 |
| N/F | A Medium Corporation | 7100-000 | $1,520.00 | NA | NA | NA |
| N/F | Abacus Direct Abacus House Jubilee Mills | 7100-000 | $1,590.00 | NA | NA | NA |
| N/F | Accuserv | 7100-000 | $3,318.00 | NA | NA | NA |
| N/F | Act-On Software, Inc | 7100-000 | $300.00 | NA | NA | NA |
| N/F | Actavo | 7100-000 | $5,896.00 | NA | NA | NA |
| N/F | Actegy Health | 7100-000 | $7,259.00 | NA | NA | NA |
| N/F | Akustica Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | All-Safe Pool Fences & Covers | 7100-000 | $1,550.00 | NA | NA | NA |
| N/F | Amazon Web Services iNc. | 7100-000 | $8,853.00 | NA | NA | NA |
| N/F | Amplify Snack Brands | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arbowell | 7100-000 | $6,913.00 | NA | NA | NA |
| N/F | Augentius Two London Bridg | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Axioma | 7100-000 | $12,559.00 | NA | NA | NA |
| N/F | Bailey International, LLC | 7100-000 | $2,472.00 | NA | NA | NA |
| N/F | Baker Hill | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Bay Alarm Company | 7100-000 | $573.00 | NA | NA | NA |
| N/F | Beechwood Homes (NSW) | 7100-000 | $3,283.00 | NA | NA | NA |
| N/F | Best Choice Product5s | 7100-000 | $25,511.00 | NA | NA | NA |
| N/F | Bluetent | 7100-000 | $2,593.00 | NA | NA | NA |
| N/F | Brainpop Com | 7100-000 | $10,225.00 | NA | NA | NA |
| N/F | Brightpoint Health | 7100-000 | $876.00 | NA | NA | NA |
| N/F | CDG Co, Ltd | 7100-000 | $5,333.00 | NA | NA | NA |
| N/F | Cableorganizer | 7100-000 | $8,581.00 | NA | NA | NA |
| N/F | Cambridge Sound Managment Inc. | 7100-000 | $1,708.00 | NA | NA | NA |
| N/F | Candy.com | 7100-000 | $7,369.00 | NA | NA | NA |
| N/F | Car-Part.com | 7100-000 | $3,580.00 | NA | NA | NA |
| N/F | Carval Investors LLC | 7100-000 | $2,004.00 | NA | NA | NA |
| N/F | Casa McGregor | 7100-000 | $7,259.00 | NA | NA | NA |
| N/F | CatEye America | 7100-000 | $3,669.00 | NA | NA | NA |
| N/F | Ceridian | 7100-000 | $12,555.00 | NA | NA | NA |
| N/F | Cisco Webex LLC | 7100-000 | $591.00 | NA | NA | NA |
| N/F | City of Mountain View FAAP | 7100-000 | $100.00 | NA | NA | NA |
| N/F | Clayton Porscha c/o Sweeney, Mason, Wilson & Bosomorth | 7100-000 | $9,732.00 | NA | NA | NA |
| N/F | CoastTec Powered By CBM | 7100-000 | $928.00 | NA | NA | NA |
| N/F | Concept Amenities | 7100-000 | $1,066.00 | NA | NA | NA |
| N/F | Conye PR | 7100-000 | $16,433.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Corptax | 7100-000 | $365.00 | NA | NA | NA |
| N/F | Corr Jensen | 7100-000 | $4,049.00 | NA | NA | NA |
| N/F | Datanyze Inc. | 7100-000 | $3,800.00 | NA | NA | NA |
| N/F | Derive Systems | 7100-000 | $4,903.00 | NA | NA | NA |
| N/F | Dicover with Dr. Cool | 7100-000 | $4,506.00 | NA | NA | NA |
| N/F | Digital Networks Autralia | 7100-000 | $6,793.00 | NA | NA | NA |
| N/F | DocDoc.com | 7100-000 | $2,551.00 | NA | NA | NA |
| N/F | Dreamer Media | 7100-000 | $7,487.00 | NA | NA | NA |
| N/F | Dunstans Construction Group Pty Ltd | 7100-000 | $3,394.00 | NA | NA | NA |
| N/F | Earp Bros Tiles | 7100-000 | $9,947.00 | NA | NA | NA |
| N/F | Enjoy Life Foods | 7100-000 | $20,356.00 | NA | NA | NA |
| N/F | Epsilon Economics LLC | 7100-000 | $2,945.00 | NA | NA | NA |
| N/F | Euroquip | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Evan Kenji Sasaki | 7100-000 | $2,044.00 | NA | NA | NA |
| N/F | Evisions | 7100-000 | $9,775.00 | NA | NA | NA |
| N/F | Extron Autralia | 7100-000 | $2,195.00 | NA | NA | NA |
| N/F | FXR Factory Racing Inc. | 7100-000 | $1,097.00 | NA | NA | NA |
| N/F | Fairlife | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Federal Equipment Company | 7100-000 | $1,679.00 | NA | NA | NA |
| N/F | Fedex | 7100-000 | $42.00 | NA | NA | NA |
| N/F | GMA Garnet Group | 7100-000 | $5,785.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Gemseal Produts | 7100-000 | $5,806.00 | NA | NA | NA |
| N/F | Generator Systems | 7100-000 | $2,043.00 | NA | NA | NA |
| N/F | Gerard Ketuma | 7100-000 | $7,050.00 | NA | NA | NA |
| N/F | Gibney, Anthony and Flaherty LLP | 7100-000 | $860.00 | NA | NA | NA |
| N/F | Google Inc. | 7100-000 | $2,688.00 | NA | NA | NA |
| N/F | Greenberg Inc. | 7100-000 | $8,526.00 | NA | NA | NA |
| N/F | Greenhouse Software | 7100-000 | $2,207.00 | NA | NA | NA |
| N/F | Gurus Solutions USA, INC. | 7100-000 | $6,126.00 | NA | NA | NA |
| N/F | Hagerman & Company | 7100-000 | $11,381.00 | NA | NA | NA |
| N/F | Huish Outdoors | 7100-000 | $376.00 | NA | NA | NA |
| N/F | ITS Technologies & Logistics | 7100-000 | $0.00 | NA | NA | NA |
| N/F | In-O- Vate dryer Products | 7100-000 | $1,824.00 | NA | NA | NA |
| N/F | Infinisource | 7100-000 | $48,694.00 | NA | NA | NA |
| N/F | InfoWars | 7100-000 | $8,757.00 | NA | NA | NA |
| N/F | Innovative Interfaces Inc. | 7100-000 | $52,967.00 | NA | NA | NA |
| N/F | Interstate Group LLC | 7100-000 | $1,974.00 | NA | NA | NA |
| N/F | Intuit Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | J.S. Held LLC | 7100-000 | $13,369.00 | NA | NA | NA |
| N/F | JV Lewis Enterprises Inc. | 7100-000 | $28,532.00 | NA | NA | NA |
| N/F | Jackie Antig | 7100-000 | $1,824.00 | NA | NA | NA |
| N/F | Jacobi Carbons Ag | 7100-000 | $143.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Jerrehian Capital | 7100-000 | $30,000.00 | NA | NA | NA |
| N/F | Kateeva | 7100-000 | $11,618.00 | NA | NA | NA |
| N/F | Lefroy Books | 7100-000 | $5,815.00 | NA | NA | NA |
| N/F | Liners Dorect | 7100-000 | $355.00 | NA | NA | NA |
| N/F | Linkedin Corp | 7100-000 | $21,262.00 | NA | NA | NA |
| N/F | MatTEK | 7100-000 | $4,685.00 | NA | NA | NA |
| N/F | McKissock | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Media One | 7100-000 | $387.00 | NA | NA | NA |
| N/F | Megha Manohar | 7100-000 | $3,840.00 | NA | NA | NA |
| N/F | Miansai | 7100-000 | $3,892.00 | NA | NA | NA |
| N/F | Mind Gym (USA) In. | 7100-000 | $6,600.00 | NA | NA | NA |
| N/F | My Startup CFO | 7100-000 | $0.00 | NA | NA | NA |
| N/F | NWN Corporation | 7100-000 | $37,765.00 | NA | NA | NA |
| N/F | Natural Resource Governance | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Netskope | 7100-000 | $1,340.00 | NA | NA | NA |
| N/F | NeuroNexus Technologies | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nido Group | 7100-000 | $1,522.00 | NA | NA | NA |
| N/F | Norbar | 7100-000 | $755.00 | NA | NA | NA |
| N/F | Norscot Group | 7100-000 | $4,107.00 | NA | NA | NA |
| N/F | Novagard Solutions | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nulo Inc. | 7100-000 | $1,277.00 | NA | NA | NA |
| N/F | Nuseed America | 7100-000 | $24,888.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | One Center Software | 7100-000 | $2,455.00 | NA | NA | NA |
| N/F | Outreach Health Services | 7100-000 | $4,659.00 | NA | NA | NA |
| N/F | POS Supply Solutions | 7100-000 | $2,091.00 | NA | NA | NA |
| N/F | Palnet | 7100-000 | $1,264.00 | NA | NA | NA |
| N/F | Payment Avantage | 7100-000 | $7,393.00 | NA | NA | NA |
| N/F | Polygon | 7100-000 | $6,194.00 | NA | NA | NA |
| N/F | Power Monitors | 7100-000 | $21.00 | NA | NA | NA |
| N/F | Professional Cleaning Service Contractor | 7100-000 | $1,050.00 | NA | NA | NA |
| N/F | Promedicts Naturaceutical Ltd | 7100-000 | $3,126.00 | NA | NA | NA |
| N/F | Psyonix | 7100-000 | $10,826.00 | NA | NA | NA |
| N/F | Pulse Secure LLC | 7100-000 | $1,620.00 | NA | NA | NA |
| N/F | Purity Zinc Metals | 7100-000 | $2,880.00 | NA | NA | NA |
| N/F | RISI | 7100-000 | $1,728.00 | NA | NA | NA |
| N/F | Rain King Software Inc. | 7100-000 | $12,750.00 | NA | NA | NA |
| N/F | Red Sky Solutions LLC | 7100-000 | $3,319.00 | NA | NA | NA |
| N/F | Rimon PC | 7100-000 | $15,234.00 | NA | NA | NA |
| N/F | Rimports Inc. | 7100-000 | $7,393.00 | NA | NA | NA |
| N/F | Rolland Saf & Lock Company | 7100-000 | $7,872.00 | NA | NA | NA |
| N/F | SHP AS | 7100-000 | $30,256.00 | NA | NA | NA |
| N/F | STEMCO LP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | STM Bags | 7100-000 | $3,422.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Sagitec Solutions LLC | 7100-000 | $2,415.00 | NA | NA | NA |
| N/F | Salesforce.com | 7100-000 | $60,240.00 | NA | NA | NA |
| N/F | San Diego Sign Company (WS Display) | 7100-000 | $98.00 | NA | NA | NA |
| N/F | Secret Sushi Inc. | 7100-000 | $9,500.00 | NA | NA | NA |
| N/F | Semi | 7100-000 | $7,144.00 | NA | NA | NA |
| N/F | Server Central | 7100-000 | $8,353.00 | NA | NA | NA |
| N/F | SignsDirect | 7100-000 | $617.00 | NA | NA | NA |
| N/F | Single O | 7100-000 | $2,509.00 | NA | NA | NA |
| N/F | Stair Lock Pty Ltd. | 7100-000 | $1,090.00 | NA | NA | NA |
| N/F | Statcomm In. | 7100-000 | $1,011.00 | NA | NA | NA |
| N/F | Superior Recreational Products, Inc. | 7100-000 | $1,096.00 | NA | NA | NA |
| N/F | Sustainable Supply | 7100-000 | $3,150.00 | NA | NA | NA |
| N/F | System Biosciences | 7100-000 | $1,612.00 | NA | NA | NA |
| N/F | TMW Systems Inc. | 7100-000 | $3,362.00 | NA | NA | NA |
| N/F | Temple Educational Support Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | The A.J. Weller Corporation | 7100-000 | $10,626.00 | NA | NA | NA |
| N/F | The Duck Store | 7100-000 | $10,419.00 | NA | NA | NA |
| N/F | The Hannover Insurance Group | 7100-000 | $939.00 | NA | NA | NA |
| N/F | The Long and Foster Companies, Inc. | 7100-000 | $3,375.00 | NA | NA | NA |
| N/F | Ticket City | 7100-000 | $4,152.00 | NA | NA | NA |
| N/F | Tigerspike | 7100-000 | $10,776.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Transport Managment Solutions | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Travelers Insurance | 7100-000 | $0.00 | NA | NA | NA |
| N/F | UPPAbaby | 7100-000 | $3,603.00 | NA | NA | NA |
| N/F | VIP Petcae | 7100-000 | $345.00 | NA | NA | NA |
| N/F | Victoria McCracken | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Wenzel Spine, Inc. | 7100-000 | $7,375.00 | NA | NA | NA |
| N/F | Westside Wholesale | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Wilcon | 7100-000 | $0.00 | NA | NA | NA |
| N/F | XPEL | 7100-000 | $11,693.00 | NA | NA | NA |
| N/F | iCanvas.com | 7100-000 | $231.00 | NA | NA | NA |
| N/F | the Decor Group | 7100-000 | $10,798.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,479,944.00** | **$1,639,665.00** | **$1,639,665.00** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 18-50958 | Trustee Name: | (001090) Fred Hjelmeset |
| Case Name: | ICHARTS, INC. | Date Filed (f) or Converted (c): | 04/30/2018 (f) |
| | | § 341(a) Meeting Date: | 05/22/2018 |
| For Period Ending: | 08/20/2020 | Claims Bar Date: | 08/27/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Possible avoidable transfer to V. Duncker<br>Demand for return of transfer made; avoidance action filed, AP No. 19-05011; Order authorizing compromise and purchase of source code, Doc#44; Report re: Transaction, Doc#46 | 60,000.00 | 60,000.00 | | 15,000.00 | FA |
| 2 | Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Square One Bank, checking 9053 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Security deposit with Square 1 Bank against credit card debt<br>Motion for Relief from stay filed by secured lender bank, Doc#25, to set off account 4288 against bank's claim; Motion granted, Doc#34 | 15,000.00 | 0.00 | | 0.00 | FA |
| 5 | A/R 90 days old or less. Doubtful/Uncollectible accounts | 0.00 | 0.00 | | 0.00 | FA |
| 6 | A/R Over 90 days old.Doubtful/Uncollectible accounts | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 10 laptop computers. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Office space at 516 Gibson Dr., Roseville, CA, leasehold, Valuation Method: liquidation<br>Lease subject to pending UD action; Stipulation re lease and abandoning UD action, Doc#18 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 8 patents & computer code<br>Liens terminated, see Doc#40-1; Order authorizing compromise and purchase of source code, Doc#44; Report of Sale, Doc#45 | 0.00 | 100.00 | | 1,000.00 | FA |
| 10 | Domain name www.icharts.net | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Goodwill, intangibles, lists, others | 50,000.00 | 0.00 | | 0.00 | FA |
| 12 | TriNet refund (u) | 2,797.02 | 2,797.02 | | 2,797.02 | FA |
| 12 | **Assets Totals (Excluding unknown values)** | **$127,797.02** | **$62,897.02** | | **$18,797.02** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

Case: 18-50958   Doc# 72   Filed: 09/03/20   Entered: 09/03/20 14:14:58   Page 16 of 19

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 2

**Case No.:** 18-50958  
**Case Name:** ICHARTS, INC.  
**For Period Ending:** 08/20/2020

**Trustee Name:** (001090) Fred Hjelmeset  
**Date Filed (f) or Converted (c):** 04/30/2018 (f)  
**§ 341(a) Meeting Date:** 05/22/2018  
**Claims Bar Date:** 08/27/2018

**Major Activities Affecting Case Closing:**

12/9/19 Negotiate settlement of AP  
10/14/19 Request documents from Sears  
9/30/19 Extension for production by PWB  
9/12/19 Subpoenas to Square One and Avid Bank  
8/5/19 Subpoena Pacific Western Bank for documents  
7/24/19 Apply for 521 order for Debtor to produce documents  
5/7/19 Settlement negotiations pending  
2/27/19 Avoidance action against V. Duncker filed, AP No. 19-05011  
12/18/18 Review records re Duncker transactions and transfers; research legal issues  
9/28/18 Investigate possible avoidable transfer to V. Duncker; investigate financial affairs re Sears payments to Debtor  
7/2/18 Review relief from stay motion  
6/12/18 Employ accountant  
5/7/18 Investigate assets, transfers

**Initial Projected Date Of Final Report (TFR):** 12/27/2019  
**Current Projected Date Of Final Report (TFR):** 04/09/2020 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 18-50958 | Trustee Name: | Fred Hjelmeset (001090) |
|---|---|---|---|
| Case Name: | ICHARTS, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6861 | Account #: | ******1238 Checking |
| For Period Ending: | 08/20/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/06/20 | {12} | TriNet HR III, Inc | Refund check | 1229-000 | 2,797.02 | | 2,797.02 |
| 02/05/20 | {1} | Bankruptcy estate of iCharts, Inc. | WIRE FROM VALERIE DUNCKER | 1141-000 | 3,500.00 | | 6,297.02 |
| 03/02/20 | | Valerie Duncker | WIRE FROM VALERIE DUNCKER | | 12,500.00 | | 18,797.02 |
| | {9} | | Sale of SourceCode $1,000.00 | 1129-000 | | | |
| | {1} | | Preference $11,500.00 | 1141-000 | | | |
| 06/26/20 | 101 | Fred Hjelmeset | Combined trustee compensation & expense dividend payments. | | | 1,300.97 | 17,496.05 |
| | | Fred Hjelmeset | Claims Distribution - Thu, 04-09-2020 $1,299.66 | 2100-000 | | | |
| | | Fred Hjelmeset | Claims Distribution - Thu, 04-09-2020 $1.31 | 2200-000 | | | |
| 06/26/20 | 102 | Rincon Law LLP | Claim No. ; Filed Amt. $19,740.00; Dividend 49.42%; Total Paid $9,755.91 | 3210-000 | | 9,755.91 | 7,740.14 |
| 06/26/20 | 103 | Rincon Law LLP | Claim No. ; Filed Amt. $361.91; Dividend 49.42%; Total Paid $178.86 | 3220-000 | | 178.86 | 7,561.28 |
| 06/26/20 | 104 | Kokjer Pierotti Maiocco & Duck LLP | Claim No. ; Filed Amt. $12,989.50; Dividend 49.42%; Total Paid $6,419.68 | 3410-000 | | 6,419.68 | 1,141.60 |
| 06/26/20 | 105 | Kokjer Pierotti Maiocco & Duck LLP | Claim No. ; Filed Amt. $109.19; Dividend 49.42%; Total Paid $53.96 | 3420-000 | | 53.96 | 1,087.64 |
| 06/26/20 | 106 | Clerk of the United States Bankruptcy Court | Claim No. ; Filed Amt. $350.00; Dividend 49.42%; Total Paid $172.98 | 2700-000 | | 172.98 | 914.66 |
| 06/26/20 | 107 | Franchise Tax Board (ADMINISTRATIVE) | Claim No. 22-2; Filed Amt. $1,850.72; Dividend 49.42%; Total Paid $914.66 | 2820-000 | | 914.66 | 0.00 |
| | | **COLUMN TOTALS** | | | 18,797.02 | 18,797.02 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 18,797.02 | 18,797.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$18,797.02** | **$18,797.02** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Case: 18-50958    Doc# 72    Filed: 09/03/20    Entered: 09/03/20 14:14:58    Page 18 of 19

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-50958 | **Trustee Name:** | Fred Hjelmeset (001090) |
| **Case Name:** | ICHARTS, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6861 | **Account #:** | ******1238 Checking |
| **For Period Ending:** | 08/20/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $18,797.02 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $18,797.02 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1238 Checking | $18,797.02 | $18,797.02 | $0.00 |
| | $18,797.02 | $18,797.02 | $0.00 |